| United States Bankruptcy Court<br>Middle District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Suddarth, Bradley Allen** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Suddarth, Lindsey Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1896** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9289** |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Stuart Dr.**<br>**Hendersonville, TN**<br>ZIP Code **37075** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**100 Stuart Dr.**<br>**Hendersonville, TN**<br>ZIP Code **37075** |
| County of Residence or of the Principal Place of Business:<br>**Sumner** | County of Residence or of the Principal Place of Business:<br>**Sumner** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| | **Chapter 11 Debtors** |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Suddarth, Bradley Allen**<br>**Suddarth, Lindsey Ann** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Suddarth, Bradley Allen**
**Suddarth, Lindsey Ann**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bradley Allen Suddarth**
Signature of Debtor **Bradley Allen Suddarth**

X **/s/ Lindsey Ann Suddarth**
Signature of Joint Debtor **Lindsey Ann Suddarth**

Telephone Number (If not represented by attorney)

**February 27, 2014**
Date

### Signature of Attorney*

X **/s/ Steven L. Lefkovitz**
Signature of Attorney for Debtor(s)

**Steven L. Lefkovitz 5953**
Printed Name of Attorney for Debtor(s)

**LEFKOVITZ & LEFKOVITZ**
Firm Name

**618 CHURCH ST., #410**
**NASHVILLE, TN 37219**

Address

**Email: slefkovitz@lefkovitz.com**
**615-256-8300  Fax: 615-255-4516**
Telephone Number

**February 27, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re **Bradley Allen Suddarth,**
　　　　**Lindsey Ann Suddarth**

Case No. _____

_____,
　　　　　　　　　　　　　Debtors

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Superior Service Express, Inc.**<br>**Middle District Tennessee** | **3:14-00276**<br>**affiliate** | **01/15/14** |
| **TWS Xpress, Inc.**<br>**Middle District Tennessee** | **3:14-00275**<br>**affiliate** | **01/15/14** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Bradley Allen Suddarth**
**Lindsey Ann Suddarth**

_____
Debtor(s)

Case No. _____

Chapter **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Bradley Allen Suddarth**
                         **Bradley Allen Suddarth**

Date:   **February 27, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Bradley Allen Suddarth** / **Lindsey Ann Suddarth**

Debtor(s)

Case No. _____

Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2012 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Lindsey Ann Suddarth**
       **Lindsey Ann Suddarth**

Date: **February 27, 2014**

Software Copyright (c) 1996-2012 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Bradley Allen Suddarth**
**Lindsey Ann Suddarth**
_____ Case No. _____

Debtor(s)  Chapter  **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Bradley Allen Suddarth**
**Lindsey Ann Suddarth**
_____     X **/s/ Bradley Allen Suddarth**          **February 27, 2014**
Printed Name(s) of Debtor(s)                Signature of Debtor                      Date

Case No. (if known) _____     X **/s/ Lindsey Ann Suddarth**           **February 27, 2014**
                                            Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Bradley Allen Suddarth**
**Lindsey Ann Suddarth**

_____
Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor　　☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor　　☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **February 27, 2014**

/s/ Steven L. Lefkovitz
**Steven L. Lefkovitz 5953**
**LEFKOVITZ & LEFKOVITZ**
**618 CHURCH ST., #410**
**NASHVILLE, TN 37219**
**615-256-8300  Fax: 615-255-4516**
**slefkovitz@lefkovitz.com**

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Bradley Allen Suddarth**
      **Lindsey Ann Suddarth**

             Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| TWS Xpress, Inc.<br>668 Nashville Pike<br>Gallatin, TN 37066 | TWS Xpress, Inc.<br>668 Nashville Pike<br>Gallatin, TN 37066 | | Contingent<br>Unliquidated<br>Disputed | 246,445.84 |
| VOLVO CAR FINANCE<br>PO BOX 542000<br>Omaha, NE 68154 | VOLVO CAR FINANCE<br>PO BOX 542000<br>Omaha, NE 68154 | 3 Volvo trucks | Contingent<br>Unliquidated<br>Disputed | 137,677.96 |
| Paccar Financial<br>2180 Satellite Blvd.<br>Suite 200<br>Duluth, GA 30097 | Paccar Financial<br>2180 Satellite Blvd.<br>Suite 200<br>Duluth, GA 30097 | 3 Peterbilt Trucks | Contingent<br>Unliquidated<br>Disputed | 90,000.00 |
| Sumner Bank & Trust<br>780 Browns Lane<br>37066 | Sumner Bank & Trust<br>780 Browns Lane<br>37066 | | Contingent<br>Unliquidated<br>Disputed | 75,438.25 |
| Nextwave Enterprises, LLC<br>c/o Sprechman &<br>Associates, P.A.<br>2775 Sunny Isles Blvd. Suite 100<br>North Miami Beach, FL 33160 | Nextwave Enterprises, LLC<br>c/o Sprechman & Associates, P.A.<br>2775 Sunny Isles Blvd. Suite 100<br>North Miami Beach, FL 33160 | | Contingent<br>Unliquidated<br>Disputed | 67,486.00 |
| Dean Oil Company, Inc.<br>104 11th Ave. E<br>Springfield, TN 37172 | Dean Oil Company, Inc.<br>104 11th Ave. E<br>Springfield, TN 37172 | | Contingent<br>Unliquidated<br>Disputed | 56,169.04 |
| Wally Kemp<br>826 3rd Ave. South<br>Nashville, TN 37210 | Wally Kemp<br>826 3rd Ave. South<br>Nashville, TN 37210 | 6 Peterbilt Tractor Trailers | | 53,294.41 |
| Colonial Funding Network<br>1501 Broadway<br>Suite 360<br>New York, NY 10036 | Colonial Funding Network<br>1501 Broadway<br>Suite 360<br>New York, NY 10036 | | Contingent<br>Unliquidated<br>Disputed | 40,953.00 |
| Rapid Ways Truck Leasing, Inc.<br>PO Box 931284<br>MO 64193 | Rapid Ways Truck Leasing, Inc.<br>PO Box 931284<br>MO 64193 | | Contingent<br>Unliquidated<br>Disputed | 34,691.59 |

In re   **Bradley Allen Suddarth**
       **Lindsey Ann Suddarth**               Case No.                            

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| TransForce, Inc.<br>5520 Cherokee Ave.<br>Suite 200<br>Alexandria, VA 22312 | TransForce, Inc.<br>5520 Cherokee Ave.<br>Suite 200<br>Alexandria, VA 22312 | | Contingent<br>Unliquidated<br>Disputed | 34,668.44 |
| Penske Truck Leasing<br>214 Hermitage Ave.<br>Nashville, TN 37210 | Penske Truck Leasing<br>214 Hermitage Ave.<br>Nashville, TN 37210 | vehicle #'s: 607605, 623806, 623807, 623870, 629871, 629872 | Contingent<br>Unliquidated<br>Disputed | 31,130.75 |
| SuperFleet<br>ATTN: Credit Services<br>PO BOX 1590<br>Springfield, OH 45501 | SuperFleet<br>ATTN: Credit Services<br>PO BOX 1590<br>Springfield, OH 45501 | | Contingent<br>Unliquidated<br>Disputed | 27,957.51 |
| Gregory Real Estate, LLC<br>145 Zieglers Fort Road<br>Gallatin, TN 37066 | Gregory Real Estate, LLC<br>145 Zieglers Fort Road<br>Gallatin, TN 37066 | Promissory Note | | 27,000.00 |
| Fast Business Funding<br>2001 NW 107th Ave.<br>Miami, FL 33172 | Fast Business Funding<br>2001 NW 107th Ave.<br>Miami, FL 33172 | | Contingent<br>Unliquidated<br>Disputed | 25,621.00 |
| VOLVO Financial Services<br>PO BOX 7247-0236<br>Philadelphia, PA 19170 | VOLVO Financial Services<br>PO BOX 7247-0236<br>Philadelphia, PA 19170 | | Contingent<br>Unliquidated<br>Disputed | 21,525.32 |
| Fleet One, LLC<br>613 Bakertown Rd.<br>Antioch, TN 37013 | Fleet One, LLC<br>613 Bakertown Rd.<br>Antioch, TN 37013 | | Contingent<br>Unliquidated<br>Disputed | 21,144.74 |
| Hetzels Overland Transport, Inc.<br>PO BOX 6075<br>Effingham, IL 62401 | Hetzels Overland Transport, Inc.<br>PO BOX 6075<br>Effingham, IL 62401 | | Contingent<br>Unliquidated<br>Disputed | 17,800.00 |
| American Express<br>PO BOX 650448<br>Dallas, TX 75265 | American Express<br>PO BOX 650448<br>Dallas, TX 75265 | | Contingent<br>Unliquidated<br>Disputed | 15,000.00 |
| Sumner Bank & Trust<br>780 Browns Lane<br>37066 | Sumner Bank & Trust<br>780 Browns Lane<br>37066 | | Contingent<br>Unliquidated<br>Disputed | 13,657.69 |
| Speedway, LLC<br>PO BOX 1590<br>Springfield, OH 45501 | Speedway, LLC<br>PO BOX 1590<br>Springfield, OH 45501 | | Contingent<br>Unliquidated<br>Disputed | 13,291.54 |

In re   **Bradley Allen Suddarth**
      **Lindsey Ann Suddarth** _____      Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      We, **Bradley Allen Suddarth** and **Lindsey Ann Suddarth**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **February 27, 2014** _____     Signature    **/s/ Bradley Allen Suddarth** _____
                                                      **Bradley Allen Suddarth**
                                                      Debtor

Date  **February 27, 2014** _____     Signature    **/s/ Lindsey Ann Suddarth** _____
                                                       **Lindsey Ann Suddarth**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

Debtors ,

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 561,000.00 | | |
| B - Personal Property | Yes | 4 | 107,003.59 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 688,693.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 42 | | 1,352,893.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 29 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,313.29 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,265.56 |
| Total Number of Sheets of ALL Schedules | | 86 | | | |
| | | Total Assets | 668,003.59 | | |
| | | | Total Liabilities | 2,041,586.35 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,

                    Debtors

Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**
       **Lindsey Ann Suddarth**                                 Case No. _____

                                           Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **unimproved approx. 9 acres on 3 tracts of land located on Liberty Lane in Gallatin, TN** | | J | 126,000.00 | 210,206.39 |
| **house and lot located 1050 Emerald Way, Castalian Springs, TN 37031** | | J | 170,000.00 | 155,123.77 |
| **house and lot located at 100 Stuart Dr., Hendersonville, TN 37075** | | J | 265,000.00 | 253,007.64 |

|  |  |  |
|---|---|---|
| Sub-Total > | 561,000.00 | (Total of this page) |
| Total > | 561,000.00 | |

   **0**    continuation sheets attached to the Schedule of Real Property             (Report also on Summary of Schedules)

In re  **Bradley Allen Suddarth,**          Case No. _____

   **Lindsey Ann Suddarth**

_____,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank Checking account 6704** | J | 5,894.60 |
| | | **Fifth Third Bank savings account 6086** | J | 0.03 |
| | | **Sumner Bank and Trust checking account** | H | 3,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **2 bedroom suits $500, 1 living room suit $500, 3 tvs $200, dining room suit $300** | J | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **pictures and cds** | J | 35.00 |
| 6.  Wearing apparel. | | **clothing** | J | 150.00 |
| 7.  Furs and jewelry. | | **wedding set $250, costume jewelry $25** | J | 275.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **firearms $400, golf clubs $100** | J | 500.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Farm Bureau term life policy** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                             Sub-Total >         **11,354.63**
                                            (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**            Case No. _____
        **Lindsey Ann Suddarth**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Roth IRA** | W | 18,555.40 |
| | | **401K plan** | W | 13,077.89 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **TSCO stock** | W | 5,243.67 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                  Sub-Total >         **36,876.96**
                                                 (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

In re **Bradley Allen Suddarth,**                       Case No. _____
            **Lindsey Ann Suddarth**

_____,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Volkswagen Passat 40K mileage | J | 23,000.00 |
| | | 1998 Ford Mustang GT Convertible 150K mileage | J | 4,572.00 |
| | | 2005 Ford F150 53K mileage | J | 20,800.00 |
| | | 2007 Chevy Tahoe LS 135K mileage | J | 10,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **58,772.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Case 3:14-bk-01573    Doc 1    Filed 02/27/14    Entered 02/27/14 11:55:25    Desc Main
Document      Page 21 of 123

In re   **Bradley Allen Suddarth,**
      **Lindsey Ann Suddarth**                     Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **107,003.59** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Bradley Allen Suddarth,**
        **Lindsey Ann Suddarth**

                                                   ,
                                 Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| unimproved approx. 9 acres on 3 tracts of land located on Liberty Lane in Gallatin, TN | Tenn. Code Ann. § 26-2-103 | 0.00 | 252,000.00 |
| house and lot located 1050 Emerald Way, Castalian Springs, TN 37031 | Tenn. Code Ann. § 26-2-103 | 14,876.23 | 170,000.00 |
| house and lot located at 100 Stuart Dr., Hendersonville, TN 37075 | Tenn. Code Ann. § 26-2-301(f) | 0.00 | 265,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Fifth Third Bank Checking account 6704 | Tenn. Code Ann. § 26-2-103 | 0.00 | 5,894.60 |
| Fifth Third Bank savings account 6086 | Tenn. Code Ann. § 26-2-103 | 0.00 | 0.03 |
| Sumner Bank and Trust checking account | Tenn. Code Ann. § 26-2-103 | 0.00 | 3,000.00 |
| **Household Goods and Furnishings** | | | |
| 2 bedroom suits $500, 1 living room suit $500, 3 tvs $200, dining room suit $300 | Tenn. Code Ann. § 26-2-103 | 0.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| pictures and cds | Tenn. Code Ann. § 26-2-103 | 0.00 | 35.00 |
| **Wearing Apparel** | | | |
| clothing | Tenn. Code Ann. § 26-2-104 | 150.00 | 150.00 |
| **Furs and Jewelry** | | | |
| wedding set $250, costume jewelry $25 | Tenn. Code Ann. § 26-2-103 | 0.00 | 275.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| firearms $400, golf clubs $100 | Tenn. Code Ann. § 26-2-103 | 0.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| Farm Bureau term life policy | Tenn. Code Ann. § 26-2-110 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Roth IRA | Tenn. Code Ann. § 26-2-105(a) | 18,555.40 | 18,555.40 |
| 401K plan | Tenn. Code Ann. § 26-2-105(a) | 13,077.89 | 13,077.89 |
| **Stock and Interests in Businesses** | | | |
| TSCO stock | Tenn. Code Ann. § 26-2-103 | 0.00 | 5,243.67 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2013 Volkswagen Passat 40K mileage | Tenn. Code Ann. § 26-2-103 | 0.00 | 23,000.00 |
| 1998 Ford Mustang GT Convertible 150K mileage | Tenn. Code Ann. § 26-2-103 | 4,572.00 | 4,572.00 |

In re    **Bradley Allen Suddarth,**                        Case No. _____

          **Lindsey Ann Suddarth**

                                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2005 Ford F150**<br>**53K mileage** | **Tenn. Code Ann. § 26-2-103** | **551.77** | **20,800.00** |
| **2007 Chevy Tahoe LS**<br>**135K mileage** | **Tenn. Code Ann. § 26-2-103** | **0.00** | **10,400.00** |

|  | Total: | 51,783.29 | 794,003.59 |
|---|---|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxxxxxxx-1001** | | | | | **Purchase Money Security** | | | | | |
| BB&T PO BOX 580048 Charlotte, NC 28258 | | | | J | **2013 Volkswagen Passat 40K mileage** | | | | | |
| | | | | | Value $            **23,000.00** | | | | **34,234.90** | **11,234.90** |
| Account No. **xxxxxxx-3001** | | | | | **Purchase Money Security** | | | | | |
| Electric Service CU 2340 Jackson Downs Blvd. Nashville, TN 37214 | | | | J | **2005 Ford F150 53K mileage** | | | | | |
| | | | | | Value $            **20,800.00** | | | | **16,862.59** | **0.00** |
| Account No. **xxxx9011** | | | | | **Purchase Money Security** | | | | | |
| Electric Service CU 2340 Jackson Downs Blvd. Nashville, TN 37214 | | | | J | **2007 Chevy Tahoe LS 135K mileage** | | | | | |
| | | | | | Value $            **10,400.00** | | | | **19,257.74** | **8,857.74** |
| Account No. **xxx0006** | | | | | **Mortgage** | | | | | |
| First State Bank PO BOX 733 Union City, TN 38261 | | | | J | **unimproved approx. 9 acres on 3 tracts of land located on Liberty Lane in Gallatin, TN** | | | | | |
| | | | | | Value $            **252,000.00** | | | | **210,206.39** | **0.00** |
| **1** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **280,561.62** | **20,092.64** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**               Case No. _____
             **Lindsey Ann Suddarth**

_____ ,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx7863** <br><br> **First State Bank** <br> **PO BOX 733** <br> **Union City, TN 38261** | | J | Second Mortgage <br><br> **house and lot located 1050 Emerald Way, Castalian Springs, TN 37031** <br><br> Value $       **170,000.00** | | | | **40,980.36** | **0.00** |
| Account No. **xxxxxx6516** <br><br> **Franklin American Mortgage** <br> **PO BOX 986** <br> **Newark, NJ 07184** | | J | Mortgage <br><br> **house and lot located at 100 Stuart Dr., Hendersonville, TN 37075** <br><br> Value $       **265,000.00** | | | | **253,007.64** | **0.00** |
| Account No. **xxxxxx1401** <br><br> **Suntrust Mortgage** <br> **PO BOX 79041** <br> **Baltimore, MD 21279** | | J | Mortgage <br><br> **house and lot located 1050 Emerald Way, Castalian Springs, TN 37031** <br><br> Value $       **170,000.00** | | | | **114,143.41** | **0.00** |
| Account No. <br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br> Value $ | | | | | | | | |

Sheet   **1**   of   **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **408,131.41** | **0.00** |
| Total <br> (Report on Summary of Schedules) | **688,693.03** | **20,092.64** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re   **Bradley Allen Suddarth,**
       **Lindsey Ann Suddarth**

                             **Debtors**

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached

In re **Bradley Allen Suddarth,**        Case No. _____
      **Lindsey Ann Suddarth**

                                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx1088 <br><br> **9 Expo Inc** <br> **10193 Live Oak Ave** <br> **Fontana, CA 92335** | X | - | | | X | X | X | **1,100.00** |
| Account No. xx7971 <br><br> **A.V. Transportation Inc.** <br> **PO BOX 246** <br> **Camanche, IA 52730** | X | - | | | X | X | X | **400.00** |
| Account No. <br><br> **A.Zerega's Sons, Inc.** <br> **PO BOX 241** <br> **Fair Lawn, NJ 07410** | X | - | | | X | X | X | **Unknown** |
| Account No. xxxx584-1 <br><br> **AAB Transport, Inc.** <br> **15774 S. LaGrange Rd. #296** <br> **Orland Park, IL 60462** | X | - | | | X | X | X | **725.00** |

| | | Subtotal <br> (Total of this page) | **2,225.00** |
|---|---|---|---|

__41__ continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        S/N:31811-140110    Best Case Bankruptcy

In re **Bradley Allen Suddarth,**　　　　　　　　　　　　Case No. _____
　　　　**Lindsey Ann Suddarth**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx571-1** | | | | | | | | |
| **ACE Transport-NC, LLC** PO BOX 477 Harmony, NC 28634 | X | - | | | X | X | X | 1,500.00 |
| Account No. **xxxxdXpS** | | | | | | | | |
| **ACN Digital Express** 1000 Progress Place Concord, NC 28025 | X | J | | | | | | 838.30 |
| Account No. | | | | | | | | |
| **Acuity** c/o Kohner, Mann & Kailas, S.C. 4650 N. Port Washington Rd. Milwaukee, WI 53212 | | - | | | X | X | X | 12,597.68 |
| Account No. **xxx4220** | | | | | | | | |
| **AED, Inc.** PO BOX 127 Stantonville, TN 38379 | X | - | | | X | X | X | 1,450.00 |
| Account No. **xxx2686** | | | | | | | | |
| **Affordable Moving Solutions** PO BOX 2642 Carlsbad, CA 92018 | X | - | | | X | X | X | 550.00 |

Sheet no. __1__ of __41__ sheets attached to Schedule of　　　　　　Subtotal　　　　| 16,935.98 |
Creditors Holding Unsecured Nonpriority Claims　　　　　　(Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8971** | | | | | | | |
| **Alfa 77 Inc.** 225 Wianno Lane Schaumburg, IL 60194 | X | - | | X | X | X | 1,500.00 |
| Account No. **xx-xx5691** | | | | | | | |
| **All Access International** 9860 Farragut Ave. Des Plaines, IL 60018 | X | - | | X | X | X | 500.00 |
| Account No. **xxxx629-1** | | | | | | | |
| **AllPro** 1200 Chester Industrial Pkwy Avon, OH 44011 | X | - | | X | X | X | 900.00 |
| Account No. **x-x1009** | | | | | | | |
| **American Express** PO BOX 650448 Dallas, TX 75265 | X | J | | X | X | X | 15,000.00 |
| Account No. **xxxx853-1** | | | | | | | |
| **Apollo Express** PO BOX 967 Jackson, MI 49204 | X | - | | X | X | X | 600.00 |

Sheet no. __2__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **18,500.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Bradley Allen Suddarth,**  
    **Lindsey Ann Suddarth**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx667-1** | | | | | | | | |
| Arfsten Transfer, Inc. 2244 197th St. East Clearwater, MN 55320 | X | - | | | X | X | X | 1,050.00 |
| Account No. **xxxx038-1** | | | | | | | | |
| ARKO Trans, LLC c/o First Line Funding Group PO BOX 328 Madison, SD 57042 | X | - | | | X | X | X | 675.00 |
| Account No. | | | | | | | | |
| Autow Nationa Lease Truck Rental, Inc. PO BOX 100403 Nashville, TN 37224 | X | J | | | | | | 1,887.30 |
| Account No. **xxxx043-1** | | | | | | | | |
| AYR Motor Express 46 Poplar St. Woodstock, NB E7M 4G2 | X | - | | | X | X | X | 1,850.00 |
| Account No. **xxxx651-1, xxxx089-1...** | | | | | | | | |
| B&B Transport, LLC 2664 E. Bucktail Lane Olney, IL 62450 | X | - | | | X | X | X | 4,200.00 |

| Sheet no. __3___ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,662.30 |
|---|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re   **Bradley Allen Suddarth,**                                Case No. _____

            **Lindsey Ann Suddarth**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. 5546** <br><br> **BANK OF AMERICA VISA** <br> **PO BOX 26012** <br> **GREENSBORO NC 27420** | X | J | | X | X | X | 9,761.96 |
| **Account No. 9610** <br><br> **Best Buy** <br> **PO BOX 790441** <br> **Saint Louis, MO 63179** | | J | | | | | 4,723.54 |
| **Account No. xxxx557-1** <br><br> **BG Logistics, Inc.** <br> **c/o CJM Financial, Inc.** <br> **1014 SE Lorenz Dr.** <br> **Ankeny, IA 50021** | X | - | | X | X | X | 825.00 |
| **Account No. 6615** <br><br> **BILL ME LATER** <br> **PO BOX 105658** <br> **ATLANTA GA 30348** | | J | | | | | 1,184.16 |
| **Account No.** <br><br> **Bluefiled Transport** <br> **2790 Wysor Rd** <br> **Draper, VA 24324** | X | - | | X | X | X | 850.00 |

Sheet no. __4__ of __41__ sheets attached to Schedule of              Subtotal           | 17,344.66

Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xxxxx280-1** | | | | | | | |
| Bohren Logistics, Inc.<br>325 North Taylor Rd.<br>Garrett, IN 46738 | X | - | | X | X | X | 1,600.00 |
| Account No. **xxx1429** | | | | | | | |
| Brown Trucking Company<br>PO BOX 535203<br>Atlanta, GA 30353 | X | - | | X | X | X | 575.00 |
| Account No. **xxxx831-1** | | | | | | | |
| Bryant Freight, LLC<br>PO BOX 69<br>Gainesville, MO 65655 | X | - | | X | X | X | 1,600.00 |
| Account No. **xxxx620-1** | | | | | | | |
| Business Trucking Service<br>15568 Slover Ave.<br>Fontana, CA 92337 | X | - | | X | X | X | 1,125.00 |
| Account No. **x9048** | | | | | | | |
| C Bar P Trucking Inc.<br>20707 W 21 St. N<br>Goddard, KS 67052 | X | - | | X | X | X | 800.00 |

Sheet no. \_\_**5**\_\_ of \_\_**41**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,700.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx254-1, xxxx228-1** | | | | | | | | | |
| C F Transportation Inc. 418 North Broadway Portland, TN 37148 | X | - | | | | X | X | X | 1,400.00 |
| Account No. **xxxx975-1,xxxx670-1** | | | | | | | | | |
| Carolina Southern Trucking, Inc. PO BOX 1342 Hamlet, NC 28345 | X | - | | | | X | X | X | 1,800.00 |
| Account No. **xxxx251-1** | | | | | | | | | |
| Carr Freight Agent, Inc. 13120 Old US Hwy 52 Winston Salem, NC 27107 | X | - | | | | X | X | X | 2,000.00 |
| Account No. **xxx1367** | | | | | | | | | |
| Carroll Fulmer Logistics Corporation 8340 American Way Groveland, FL 34736 | X | - | | | | X | X | X | 700.00 |
| Account No. **xxxx252-1** | | | | | | | | | |
| CAT-MATT W 1550 210th Ave Plum City, WI 54761 | X | - | | | | X | X | X | 1,600.00 |

Sheet no. __6___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,500.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**         Case No. _____
      **Lindsey Ann Suddarth**

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx887-1** <br><br> CF Transportation Inc. <br> 418 North Broadway <br> Portland, TN 37148 | X | - | | X | X | X | 700.00 |
| Account No. **x9641** <br><br> Chambers Transportation Services, Inc. <br> PO BOX 317 <br> Midland, NC 28107 | X | - | | X | X | X | 800.00 |
| Account No. **2400** <br><br> Chase <br> PO BOX 901076 <br> Fort Worth, TX 76101 | X | - | | X | X | X | 595.77 |
| Account No. **xxx6503, xxxx984-1, xxx6773** <br><br> Chief Express <br> 236 North Broad St. <br> Seagrove, NC 27341 | X | - | | X | X | X | 2,400.00 |
| Account No. **2066** <br><br> CitiCard <br> PO BOX 6500 <br> Sioux Falls, SD 57117 | | J | | X | X | X | 2,675.41 |

Sheet no. __7___ of __41__ sheets attached to Schedule of             Subtotal           | 7,171.18 |
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx936-1** | | | | | | | |
| Classic Express, Inc. 2150 Westland Dr. SW Cleveland, TN 37312 | X | - | | X | X | X | 500.00 |
| Account No. | | | | | | | |
| Colonial Funding Network 1501 Broadway Suite 360 New York, NY 10036 | X | J | | X | X | X | 40,953.00 |
| Account No. **xxxx982-1** | | | | | | | |
| Cooper 1081 Arkansas St. Memphis, TN 38106 | X | - | | X | X | X | 585.00 |
| Account No. **xxxx721-1** | | | | | | | |
| Corney Transportation, Inc. PO BOX 385 Saint Pauls, NC 28384 | X | - | | X | X | X | 575.00 |
| Account No. **xx9913** | | | | | | | |
| Cottle Transport, Inc PO BOX 4659 High Point, NC 27263 | X | - | | X | X | X | 850.00 |

Sheet no. __8__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,463.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx473-1, xxxx459-1** | | | | | | | | |
| CP Trucking Inc PO BOX 295 Parsons, TN 38363 | X | - | | | X | X | X | 1,600.00 |
| Account No. **x1941** | | | | | | | | |
| Crestmark Bank TPG LLC Gayle Frerichs Trucking LLC PO BOX 682348 Franklin, TN 37068 | X | - | | | X | X | X | 600.00 |
| Account No. **xxxx521-1** | | | | | | | | |
| CS Express, LLC c/o Century Finance LLC PO BOX 16960 Jonesboro, AR 72403 | X | - | | | X | X | X | 550.00 |
| Account No. **x9613** | | | | | | | | |
| Dan Sullivan Trucking, Inc. PO BOX 878 Munfordville, KY 42765 | X | - | | | X | X | X | 750.00 |
| Account No. **xxxx554-1** | | | | | | | | |
| DC Transport, Inc. 3326 Merle Travis Hwy Beechmont, KY 42323 | X | - | | | X | X | X | 350.00 |

Sheet no. __9__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,850.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
        **Lindsey Ann Suddarth**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Dean Oil Company, Inc.** **104 11th Ave. E** **Springfield, TN 37172** | X | - | | | | X | X | X | 56,169.04 |
| Account No. **xxxxxxxxxx96-01** | | | | | | | | | |
| **Delaware River and Bay Authority** **PO BOX 52005** **Newark, NJ 07101** | | - | | | | X | X | X | 50.00 |
| Account No. **xxxx526-1** | | | | | | | | | |
| **Design Transportation** **PO BOX 560686** **Dallas, TX 75356** | X | - | | | | X | X | X | 1,500.00 |
| Account No. **xx6488** | | | | | | | | | |
| **Diamond Transportation, Inc.** **102 Betsy Pack Dr. Suite E** **Jasper, TN 37347** | X | - | | | | X | X | X | 650.00 |
| Account No. **xx737A, xx379A,xx119A** | | | | | | | | | |
| **Direct Lines, Inc.** **16472 E. State Hwy 33** **Teutopolis, IL 62467** | X | - | | | | X | X | X | 1,800.00 |

Sheet no. __10__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,169.04

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
   **Lindsey Ann Suddarth**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx616-1** <br><br> **Elk Valley Distribution, Inc.** <br> **3180 Highway 231 N** <br> **Shelbyville, TN 37160** | X | - | | X | X | X | 800.00 |
| Account No. **xxxxxx/xx7668** <br><br> **Empire Recycling Logistics Corporation** <br> **PO BOX 539** <br> **Utica, NY 13503** | X | - | | X | X | X | 1,650.00 |
| Account No. <br><br> **Exxact Express** <br> **PO BOX 95545** <br> **Lakeland, FL 33804** | X | - | | X | X | X | 800.00 |
| Account No. **xxxx268-1** <br><br> **Faith Global Transportation, LLC** <br> **PO BOX 192** <br> **East Prairie, MO 63845** | X | - | | X | X | X | 600.00 |
| Account No. <br><br> **Fast Business Funding** <br> **2001 NW 107th Ave.** <br> **Miami, FL 33172** | X | - | | X | X | X | 25,621.00 |

Sheet no. __11__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,471.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
　　　**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx7052** | | | | | | | | |
| **FIA Card Services, N.A.** c/o Professional Recovery Services Inc. PO BOX 1880 Voorhees, NJ 08043 | X | - | | | X | X | X | 5,066.54 |
| Account No. **1849** | | | | | | | | |
| **FIFTH THIRD BANK** 200 W BROADWAY LOUISVILLE KY 40202 | | | J | | | | | 3,383.53 |
| Account No. **xxx3073** | | | | | | | | |
| **First Express** 1135 Freightliner Dr. Nashville, TN 37210 | X | - | | | X | X | X | 800.00 |
| Account No. **xxxx803-1** | | | | | | | | |
| **First Logistics, LLC** PO BOX 907342 Gainesville, GA 30501 | X | - | | | X | X | X | 735.00 |
| Account No. **xx-xx-xx8-01-E** | | | | | | | | |
| **First Response** 1411 S. Dickerson Rd. Goodlettsville, TN 37072 | | - | | | X | X | X | 1,931.51 |

Sheet no. __12__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,916.58**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**          Case No. _____
         **Lindsey Ann Suddarth**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | - | | X | X | X | |
| **First Tennessee** **701 Market St. 4th Floor** **Chattanooga, TN 37402** | | | | | | | 3,780.00 |
| Account No. **xxxx-xx-5156** | X | - | | X | X | X | |
| **Fleet One, LLC** **613 Bakertown Rd.** **Antioch, TN 37013** | | | | | | | 21,144.74 |
| Account No. **xx2945, xx3635,xx3004** | X | - | | X | X | X | |
| **FMI Inc.** **800 Federal Blvd.** **Carteret, NJ 07008** | | | | | | | 7,575.00 |
| Account No. **xx4099** | | - | | X | X | X | |
| **Freight Capital** **PO BOX 2642** **Carlsbad, CA 92018** | | | | | | | Unknown |
| Account No. **xx1795,xx1588,xx1432,xx1413...** | X | - | | X | X | X | |
| **Freight Solutions Group, Inc.** **PO BOX 79** **Sidney, IL 61877** | | | | | | | 5,500.00 |

Sheet no. __**13**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **37,999.74**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **Bradley Allen Suddarth,**      Case No. _____
       **Lindsey Ann Suddarth**
_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx558-1** | | | | | | | | |
| **Freight Zone Transportation LLC** **3358 HWY 20 W.** **Decatur, AL 35601** | X | - | | | X | X | X | 775.00 |
| Account No. **xxxxx5FCB,xxxxx5FCB** | | | | | | | | |
| **FreightCheck** **5950 Live Oak Pkwy** **Suite360** **Norcross, GA 30093** | X | - | | | X | X | X | 1,750.00 |
| Account No. **xx4155** | | | | | | | | |
| **Freightmaster, Inc.** **PO BOX 865** **Taylorsville, NC 28681** | X | - | | | X | X | X | 550.00 |
| Account No. **xx7549** | | | | | | | | |
| **FreightX Inc.** **245 Beinoris Dr.** **Wood Dale, IL 60191** | X | - | | | X | X | X | 3,200.00 |
| Account No. **9610** | | | | | | | | |
| **GECRB/Care Credit** **PO BOX 960061** **Orlando, FL 32896** | | J | | | | | | 861.54 |

Sheet no. __14__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      7,136.54

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Bradley Allen Suddarth,__     Case No. _____
__Lindsey Ann Suddarth__

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| General Tire Service, Inc 355 Red River Road Gallatin, TN 37066 | | - | | | X | X | X | 4,556.79 |
| Account No. **xxxx856-1** | | | | | | | | |
| GMT Logistic, Inc. 47757 West Rd. Suite C-103E Wixom, MI 48393 | X | - | | | X | X | X | 1,000.00 |
| Account No. **xxxx9365** | | | | | | | | |
| Go Daddy.com, LLC c/o Complete Payment Recovery Services 11601 Roosevelt Blvd. Saint Petersburg, FL 33716 | | - | | | X | X | X | 45.17 |
| Account No. | | | | | | | | |
| Gobbell Transportation Safety 3100 Braintree Rd. Franklin, TN 37069 | X | - | | | X | X | X | 1,110.00 |
| Account No. **xx7493** | | | | | | | | |
| Greatwide American Trans Freight, LLC 2150 Cabot Blvd. West Langhorne, PA 19047 | X | - | | | X | X | X | 475.00 |

Sheet no. __15__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **7,186.96**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx319-1** | | | | | | | | | |
| Greenline Express, Inc. 510 Celestial Court Bowling Green, KY 42101 | X | - | | | | X | X | X | 675.00 |
| Account No. | | | | | Promissory Note | | | | |
| Gregory Real Estate, LLC 145 Zieglers Fort Road Gallatin, TN 37066 | X | J | | | | | | | 27,000.00 |
| Account No. **xxxx716-1** | | | | | | | | | |
| GS Carrier 8368 Dandelion Dr. Elk Grove, CA 95624 | X | - | | | | X | X | X | 1,500.00 |
| Account No. **xx1961** | | | | | | | | | |
| GSA International, Ltd. 32500 Van Born Rd. Suite 600 Wayne, MI 48184 | X | - | | | | X | X | X | 375.00 |
| Account No. **6926** | | | | | | | | | |
| Harrington Ridge Coal & Stove LLC 301 Front St Hancock, MI 49930 | X | - | | | | X | X | X | 550.00 |

Sheet no. __16__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,100.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx8658** | | | | | | | | |
| Hester Trucking, Inc. PO BOX 518 Bladenboro, NC 28320 | X | - | | | X | X | X | 1,050.00 |
| Account No. **xxxx952-1, xxxx974-1....** | | | | | | | | |
| Hetzels Overland Transport, Inc. PO BOX 6075 Effingham, IL 62401 | | - | | | X | X | X | 17,800.00 |
| Account No. **7826** | | | | | | | | |
| Home Depot PO BOX 790328 Saint Louis, MO 63179 | | J | | | X | X | X | 1,619.06 |
| Account No. | | | | 8-22-2013 | | | | |
| Horizon Business Funding, LLC 27 William St. 3rd Fl New York, NY 10005 | X | - | | | X | X | X | 11,600.00 |
| Account No. **xxxx121-1** | | | | | | | | |
| Hudson Logistics, Inc. PO BOX 628 Princeton, KY 42445 | X | - | | | X | X | X | 700.00 |

Sheet no. __17__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **32,769.06**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
        **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx3074** | | | | | | | | |
| Illinois Tollway PO BOX 5201 Lisle, IL 60532 | | - | | | X | X | X | 222.00 |
| Account No. | | | | | | | | |
| ILSA Incorporated 2423 Shortly Barnes Rd Crossville, TN 38571 | X | - | | | X | X | X | 600.00 |
| Account No. **xxx-7954** | | | | | | | | |
| Independent Transfer Services Inc. PO BOX 100 Newton, KS 67114 | X | - | | | X | X | X | 750.00 |
| Account No. **xxxx5828** | | | | | | | | |
| Infinity Milestones, LLC 1801 W. Olympic Blvd. File 1377 Pasadena, CA 91199 | | - | | | X | X | X | 455.30 |
| Account No. **xxxx5524** | | | | | | | | |
| Infinity Milestones, LLC 1801 W. Olympic Blvd. File 1377 Pasadena, CA 91199 | | - | | | X | X | X | 75.00 |

Sheet no. __18__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,102.30

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Bradley Allen Suddarth,**
      **Lindsey Ann Suddarth**                                       Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x6516**<br><br>**Ingram Brothers LLC**<br>**PO BOX 488**<br>**Morgantown, KY 42261** | X | - | | | | X | X | X | 500.00 |
| Account No. **xxxx383-1**<br><br>**Integrity Transportation, LLC**<br>**PO BOX 100**<br>**Greenwood, MO 64034** | X | - | | | | X | X | X | 2,375.00 |
| Account No. **xxxx622-1**<br><br>**International Carrier Enterprises Inc.**<br>**7526 Industrial Dr.**<br>**Forest Park, IL 60130** | X | - | | | | X | X | X | 1,050.00 |
| Account No. **xx7303**<br><br>**Interstate Billing Service, Inc.**<br>**PO BOX 2208**<br>**Decatur, AL 35609** | | - | | | | X | X | X | 7,376.55 |
| Account No. **x9903,xxxx439-1, xxxx688-1...**<br><br>**J&S Cartage**<br>**PO BOX 12378**<br>**Knoxville, TN 37912** | X | - | | | | X | X | X | 3,025.00 |

Sheet no. \_\_**19**\_\_ of \_\_**41**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims                             Subtotal
                                             (Total of this page)       14,326.55

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re **Bradley Allen Suddarth,** Case No. _____
    **Lindsey Ann Suddarth**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx7307** | | | | | | | | |
| **J&S Transco Inc.** **209 Fossett Rd** **Guntersville, AL 35976** | X | - | | | X | X | X | 700.00 |
| Account No. **xxxx387-1** | | | | | | | | |
| **J.T. Express, Inc.** **PO BOX 439** **Monroe, OH 45050** | X | - | | | X | X | X | 800.00 |
| Account No. **xx9560** | | | | | | | | |
| **Jacobson Logistics Company L.C.** **3811 Dixon** **Des Moines, IA 50313** | X | - | | | X | X | X | 350.00 |
| Account No. **xxxx913-1** | | | | | | | | |
| **James Mason Enterprises, Inc.** **3810 Bridgeport Circle** **Wichita, KS 67219** | X | - | | | X | X | X | 800.00 |
| Account No. **4514** | | | | | | | | |
| **JPS Logistics, Inc.** **2065 N. 15th Ave.** **Melrose Park, IL 60160** | X | - | | | X | X | X | 1,625.00 |

Sheet no. __20__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         4,275.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx509-1** | | | | | | | | |
| Jubilee Transportation Inc. c/o Century Finance LLC PO BOX 16960 Jonesboro, AR 72403 | X | - | | | X | X | X | 500.00 |
| Account No. **xxxx379-1** | | | | | | | | |
| K&S Carriers LLC N 9521 City Hwy O Greenwood, WI 54437 | X | - | | | X | X | X | 1,100.00 |
| Account No. **superior** | | | | | | | | |
| Kingdom Life Logistics, LLC PO BOX 625 920 Fifth St. Park Hills, MO 63601 | X | - | | | X | X | X | 800.00 |
| Account No. **xxxx283-1** | | | | | | | | |
| KY Express LLC 408 Rodeo Lane Bowling Green, KY 42101 | X | - | | | X | X | X | 800.00 |
| Account No. **xx3167** | | | | | | | | |
| L&D Trucking Co Inc. PO BOX 3066 Carbondale, IL 62902 | X | - | | | X | X | X | 600.00 |

Sheet no. __21__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,800.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx295A** | | | | | | | | |
| Lawrence Transportation Systems Inc PO BOX 7667 Roanoke, VA 24019 | X | - | | | X | X | X | 1,875.00 |
| Account No. **xxxx001-1** | | | | | | | | |
| Lewis Transportation, Inc. 13523 E 1750th Ave Newton, IL 62448 | X | - | | | X | X | X | 625.00 |
| Account No. **xx7672** | | | | | | | | |
| Lindsey Trucking LLC 3802 Carlton Amarillo, TX 79109 | X | - | | | X | X | X | 1,900.00 |
| Account No. **x7598, x6787** | | | | | | | | |
| Load N Go Trucking, Ltd. PO BOX 328 Madison, SD 57042 | X | - | | | X | X | X | 2,900.00 |
| Account No. **xxxx4744** | | | | | | | | |
| Logi Warehousing & Transportation, LLC 1125 Vaughn Pkwy Portland, TN 37148 | X | - | | | X | X | X | 725.00 |

Sheet no. __22__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,025.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**

Case No. _____

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx918-1** | | | | | | | |
| **Logistics Transport and Carriers Inc.** **7891 W. Flagler St.** **Miami, FL 33142** | X | - | | X | X | X | 2,900.00 |
| Account No. **xxxx264-1** | | | | | | | |
| **Longbow Transportation & Logistics, LLC** **PO BOX 809107** **Chicago, IL 60680** | X | - | | X | X | X | 550.00 |
| Account No. **xx1562** | | | | | | | |
| **LTI Transport, LLC** **PO BOX 906** **Olive Branch, MS 38654** | X | - | | X | X | X | 700.00 |
| Account No. **xxxx330-1** | | | | | | | |
| **M&M American, Inc.** **7300 Industrial Row Dr.** **Mason, OH 45040** | X | - | | X | X | X | 740.00 |
| Account No. **xxxx689-1** | | | | | | | |
| **M.A. Chrisman Trucking, Inc.** **PO BOX 16** **Englewood, TN 37329** | X | - | | X | X | X | 475.00 |

Sheet no. **23** of **41** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      5,365.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx411A, xxx495A, xxx741A, 795** | | | | | | | | |
| Marvin Keller Trucking, Inc. 1500 West Pointe Way Sullivan, IL 61951 | X | - | | | X | X | X | 3,600.00 |
| Account No. **xxxxxxxxx2203** | | | | | | | | |
| Maryland Transportation Authority PO BOX 17600 Baltimore, MD 21297 | | - | | | X | X | X | 72.00 |
| Account No. **xxxx570-1** | | | | | | | | |
| Maumee Express Inc 26319 Old Trail Rd. Abingdon, VA 24210 | X | - | | | X | X | X | 1,400.00 |
| Account No. | | | | | | | | |
| Metro Companies Inc/ Metro Xpress 3518 N. Ohio St. Wichita, KS 67219 | X | - | | | X | X | X | 725.00 |
| Account No. **xxxx973-1** | | | | | | | | |
| MGI Transportation, Inc. 6412 Valley Ridge Dr. Plainfield, IL 60586 | X | - | | | X | X | X | 1,800.00 |

Sheet no. __24__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **7,597.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Bradley Allen Suddarth,**
       **Lindsey Ann Suddarth**                               Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx0178** <br><br> **Mid-West Express, Inc** <br> **279 Lost Circle Unit B** <br> **Bowling Green, KY 42101** | X | - | | | X | X | X | 800.00 |
| Account No. **xxx9844** <br><br> **MidSouth Transport, Inc.** <br> **2765 Profit Dr.** <br> **PO Box 16013** <br> **Memphis, TN 38186** | X | - | | | X | X | X | 700.00 |
| Account No. **xxxx099-1** <br><br> **Midwest Freight Systems** <br> **25585 Sherwood Ave** <br> **Warren, MI 48091** | X | - | | | X | X | X | 700.00 |
| Account No. **2491** <br><br> **Midwest Transportation** <br> **962 N. Grand Ave Suite B** <br> **Covina, CA 91724** | X | - | | | X | X | X | 1,050.00 |
| Account No. **xxx-xxx9482** <br><br> **Milan Express Co., Inc.** <br> **PO BOX 699** <br> **Milan, TN 38358** | X | - | | | X | X | X | 450.00 |

Sheet no. __25__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims                        Subtotal
                                            (Total of this page)       **3,700.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re   **Bradley Allen Suddarth,**
        **Lindsey Ann Suddarth**

Case No. _____

_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x0230** | | | | | | | | |
| **Milburn Hawkins Trucking, LLC** **5518 Ladd Springs Rd.** **Old Fort, TN 37362** | X | - | | | X | X | X | 550.00 |
| Account No. **xxxxxx1291** | | | | | | | | |
| **MinStar Transport, Inc.** **837 Apollo Rd.** **Saint Paul, MN 55121** | X | - | | | X | X | X | 1,100.00 |
| Account No. **4200** | | | | | | | | |
| **Mohela** **PO BOX 105347** **Atlanta, GA 30348** | | | J | | | | | 1,067.92 |
| Account No. **x0170** | | | | | | | | |
| **Morey Enterprises, Inc.** **384 County Route 3** **Brushton, NY 12916** | X | - | | | X | X | X | 1,700.00 |
| Account No. **xxxx908-1** | | | | | | | | |
| **Morgan Logistics, LLC.** **PO BOX 365** **Booneville, MS 38829** | X | - | | | X | X | X | 500.00 |

Sheet no. __**26**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,917.92

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
   **Lindsey Ann Suddarth**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx5057** | | | | APRIL 9, 2013 | | | | |
| **MORRISTOWN DRIVERS** **C/O COFACE** **2400 VETERANS BLVD. STE 300** **Kenner, LA 70062** | - | | | | X | X | X | 800.00 |
| Account No. **x4713** | | | | | | | | |
| **Mountain River Trucking Co., Inc.** **207 Direct Lane** **Mount Airy, NC 27030** | X | - | | | X | X | X | 3,300.00 |
| Account No. **x0623** | | | | | | | | |
| **MS Express LLC** **c/o National Bankers Trust** **PO BOX 1752** **Memphis, TN 38101** | X | - | | | X | X | X | 750.00 |
| Account No. **xxxx4528, xxxx3095** | | | | | | | | |
| **New Century Transportation, Inc.** **45 East Park Dr.** **Mount Holly, NJ 08060** | X | - | | | X | X | X | 3,880.80 |
| Account No. **xx6311** | | | | | | | | |
| **Nextwave Enterprises, LLC** **c/o Sprechman & Associates, P.A.** **2775 Sunny Isles Blvd. Suite 100** **North Miami Beach, FL 33160** | X | - | | | X | X | X | 67,486.00 |

Sheet no. __**27**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,216.80

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2215** | | | | | | | |
| Nite-Line Express PO BOX 8293 Chattanooga, TN 37414 | X | - | | X | X | X | 600.00 |
| Account No. **xx0252** | | | | | | | |
| NLK, L.L.C. 1129 College St. Bowling Green, KY 42101 | X | - | | X | X | X | 950.00 |
| Account No. **xxxx964-1** | | | | | | | |
| NTA, Ltd. PO BOX 831 Huron, SD 57350 | X | - | | X | X | X | 1,780.00 |
| Account No. **xxx2-100** | | | | | | | |
| Okohteam Transport Inc. 3215 Jennifer Lane Kinston, NC 28504 | X | - | | X | X | X | 1,050.00 |
| Account No. **xxxx240-1** | | | | | | | |
| Osborne Trucking, Co. 325 Osborne Dr. Fairfield, OH 45014 | X | - | | X | X | X | 875.00 |

Sheet no. __28__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,255.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**
        **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 3 Peterbilt Trucks | | | | |
| **Paccar Financial** **2180 Satellite Blvd.** **Suite 200** **Duluth, GA 30097** | X | - | | | X | X | X | 90,000.00 |
| Account No. **xxxx249-1** | | | | | | | | |
| **Paint Rock Transport, Inc.** **167 Paint Rock Trail** **Philadelphia, TN 37846** | X | - | | | X | X | X | 825.00 |
| Account No. **xxxx646-1** | | | | | | | | |
| **Paris Transportation, Inc.** **2635 Paris Ave** **Feasterville Trevose, PA 19053** | X | - | | | X | X | X | 575.00 |
| Account No. **xxx9627** | | | | | | | | |
| **Parman Energy Corporation** **7101 Cockrill Bend Blvd.** **Nashville, TN 37209** | | - | | | X | X | X | 621.95 |
| Account No. | | | | vehicle #'s: 607605, 623806, 623807, 623870, 629871, 629872 | | | | |
| **Penske Truck Leasing** **214 Hermitage Ave.** **Nashville, TN 37210** | X | - | | | X | X | X | 31,130.75 |

Sheet no. __29__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,152.70

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**
                                               ,
                                Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx141-1** | | | | | | | | |
| Performance Trucking, Inc. PO BOX 1955 Suwanee, GA 30024 | X | - | | | X | X | X | 1,300.00 |
| Account No. | | | | | | | | |
| Personal Attention Leasing c/o Boyle Brasher LLC 211 North Broadway Suite 2300 Saint Louis, MO 63102 | | - | | | X | X | X | 11,005.00 |
| Account No. **xx5953** | | | | | | | | |
| Preferred Freezer Services of Boston 1 Commercial St. Route 1 North Sharon, MA 02067 | X | - | | | X | X | X | 27.00 |
| Account No. **xxxx2873** | | | | | | | | |
| R&C Transportation L.L.C. 792 E. 610th Ave. Pittsburg, KS 66762 | X | - | | | X | X | X | 700.00 |
| Account No. **xx3698** | | | | | | | | |
| R&E Transportation Services LLC 25165 Mulberry Dr. Southfield, MI 48033 | X | - | | | X | X | X | 750.00 |

Sheet no. __30__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,782.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x7662** | | | | | | | |
| **R&K Trucking of Montana Inc.** PO BOX 6021 Helena, MT 59601 | X | - | | X | X | X | 1,700.00 |
| Account No. **xxx5340** | | | | | | | |
| **Rapid Ways Truck Leasing, Inc.** PO Box 931284 MO 64193 | X | J | | X | X | X | 34,691.59 |
| Account No. **xxx8019, xx8657** | | | | | | | |
| **Red Gold** PO BOX 83 Elwood, IN 46036 | X | - | | X | X | X | 926.00 |
| Account No. | | | | | | | |
| **Redford Truck Line** PO BOX 275 Beaver Dam, WI 53916 | X | - | | X | X | X | 800.00 |
| Account No. **x9591** | | | | | | | |
| **Ricker Trucking** PO BOX 278 Hot Springs, NC 28743 | X | - | | X | X | X | 3,300.00 |

Sheet no. __31__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,417.59

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
       **Lindsey Ann Suddarth**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx649-1** | | | | | | | | |
| Rsd Transportation 1247 Bates Rd. Lebanon, TN 37087 | X | - | | | X | X | X | 1,075.00 |
| Account No. **x3576** | | | | | | | | |
| Ruck's Trucks LLC PO BOX 40 13118 N. Hwy 1247 Eubank, KY 42567 | X | - | | | X | X | X | 650.00 |
| Account No. **xxx9510** | | | | | | | | |
| S and S Transportation Services, Inc. 1101 Downs Blvd. #157 Franklin, TN 37064 | X | - | | | X | X | X | 400.00 |
| Account No. **xxx3348** | | | | | | | | |
| S&H Trucking, Inc. PO BOX 6099 Chattanooga, TN 37401 | X | - | | | X | X | X | 450.00 |
| Account No. **xxxx356-1** | | | | | | | | |
| Sain and Heavner Trucking Co., Inc. PO BOX 27 Vale, NC 28168 | X | - | | | X | X | X | 1,350.00 |

Sheet no. __32__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,925.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**                                        Case No. _____

        **Lindsey Ann Suddarth**

                                              **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sargent Trucking Inc** <br>**64 Main St.** <br>**PO BOX 600** <br>**Mars Hill, ME 04758** | X | - | | X | X | X | 3,400.00 |
| Account No. **Supeserv** <br><br>**Scherer & Sons Trucking, Inc.** <br>**PO BOX 178** <br>**Saint Joseph, MN 56374** | X | - | | X | X | X | 1,700.00 |
| Account No. **xx0438** <br><br>**Scott Freight and Logistics** <br>**PO BOX 1723** <br>**Rome, GA 30162** | X | - | | X | X | X | 800.00 |
| Account No. **xxx8947** <br><br>**Simon's Trucking, Inc.** <br>**PO BOX 8** <br>**Farley, IA 52046** | X | - | | X | X | X | 1,400.00 |
| Account No. **xxxx22-01** <br><br>**Smith Systems Transportation, Inc.** <br>**PO BOX 2455** <br>**Scottsbluff, NE 69363** | X | - | | X | X | X | 1,600.00 |

Sheet no. __33__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal (Total of this page)       **8,900.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**
                                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx3209** | | | - | | | X | X | X | |
| Speedway, LLC PO BOX 1590 Springfield, OH 45501 | | | | | | | | | 13,291.54 |
| Account No. **xxxx07-01** | X | | - | | | X | X | X | |
| Stokes Trucking, Inc. 14400 N. HWY 38 Collinston, UT 84306 | | | | | | | | | 1,100.00 |
| Account No. **xxx6232** | X | | - | | | X | X | X | |
| Sumner Bank & Trust 780 Browns Lane 37066 | | | | | | | | | 13,657.69 |
| Account No. **141** | | | - | | | X | X | X | |
| Sumner Bank & Trust 780 Browns Lane 37066 | | | | | | | | | 75,438.25 |
| Account No. **xxx8881** | | | - | | | X | X | X | |
| Sumner Bank & Trust 780 Browns Lane Gallatin, TN 37066 | | | | | | | | | 6,696.48 |

Sheet no. __34__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,183.96

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
 **Lindsey Ann Suddarth** Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx3209** | | | | | | | | |
| SuperFleet ATTN: Credit Services PO BOX 1590 Springfield, OH 45501 | | - | | | X | X | X | 27,957.51 |
| Account No. **xxxx278-1** | | | | | | | | |
| Superior Services Express 1330 Gateway Dr. Gallatin, TN 37066 | X | - | | | X | X | X | 650.00 |
| Account No. **xxxx394-1, xxxx395-1** | | | | | | | | |
| Surplus USA Trucklines, Inc. 27227 Ivy Road Carl Junction, MO 64834 | X | - | | | X | X | X | 1,450.00 |
| Account No. **xx9655, xx2582** | | | | | | | | |
| T&C Transport PO BOX 791 Mattoon, IL 61938 | X | - | | | X | X | X | 1,375.00 |
| Account No. **xxx3016** | | | | | | | | |
| T&D Carriers 205 Guernsey Lane Spartanburg, SC 29306 | X | - | | | X | X | X | 1,000.00 |

Sheet no. __35__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **32,432.51**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
   **Lindsey Ann Suddarth**

Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx8961** | | | | | | | | |
| TCI Logistics, Inc. 1386 South Park Drive Kernersville, NC 27284 | X | - | | | X | X | X | 600.00 |
| Account No. **xxxx4343** | | | | | | | | |
| TCSI-Transland, Inc. PO BOX 901 Springfield, MO 65801 | X | - | | | X | X | X | 900.00 |
| Account No. **xx0054** | | | | | | | | |
| TNL Freightways, Inc. 612 Enterprise St. Laredo, TX 78045 | X | - | | | X | X | X | 650.00 |
| Account No. **xxxx210-1** | | | | | | | | |
| Total Quality Logistic Services 11325 Nations Ford Rd. Suite E Pineville, NC 28134 | X | - | | | X | X | X | 1,300.00 |
| Account No. **2330** | | | | | | | | |
| Total Transportation Solutions 4811 Chippendale Dr. Suite 803 Sacramento, CA 95841 | X | - | | | X | X | X | 5,000.00 |

Sheet no. __36__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx113-1** | | | | | | | | | |
| **Trans-Lease, Inc.** **148 Millwell Dr.** **Maryland Heights, MO 63043** | X | - | | | | X | X | X | |
| | | | | | | | | | 775.00 |
| Account No. **xxxxxx-xx2911** | | | | | | | | | |
| **Transcore/Truckers Edge** **11000 SW Stratus** **Suite 200** **Beaverton, OR 97008** | X | - | | | | X | X | X | |
| | | | | | | | | | 1,350.00 |
| Account No. **xxxx552A** | | | | | | | | | |
| **TransCorr LLC** **PO BOX 1627** **Indianapolis, IN 46206** | X | - | | | | X | X | X | |
| | | | | | | | | | 1,465.00 |
| Account No. **x6859, x6921, x7154, x7216...** | | | | | | | | | |
| **TransForce, Inc.** **5520 Cherokee Ave.** **Suite 200** **Alexandria, VA 22312** | X | - | | | | X | X | X | |
| | | | | | | | | | 34,668.44 |
| Account No. **xx3214** | | | | | | | | | |
| **Transwest Capital** **PO BOX 2738** **Visalia, CA 93279** | X | - | | | | X | X | X | |
| | | | | | | | | | 1,450.00 |

Sheet no. __37__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,708.44

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
　　　**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x1036** | | | | | | | | |
| Trucks Mart Transport, LLC 602 Elkin Hwy. North Wilkesboro, NC 28659 | X | - | | | X | X | X | 600.00 |
| Account No. **xx-x6442** | | | | | | | | |
| Tullis Enterprises, Inc. PO BOX 79 Madison, TN 37115 | X | - | | | X | X | X | 250.00 |
| Account No. | | | | | | | | |
| TWS Xpress, Inc. 668 Nashville Pike Gallatin, TN 37066 | X | - | | | X | X | X | 246,445.84 |
| Account No. **xxxx135-1** | | | | | | | | |
| Unilin USA 149 Homanit USA Rd. Mount Gilead, NC 27306 | X | - | | | X | X | X | 725.00 |
| Account No. **2084** | | | | | | | | |
| UTS Brokerage, LLC PO BOX 513 Ashland City, TN 37015 | X | - | | | X | X | X | 3,632.50 |

Sheet no. __38__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

251,653.34

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
　　　　**Lindsey Ann Suddarth**

Case No. _____

_____,
　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx75-C4** | | | | | | | |
| **Vega Transport** c/o Stuart Allan & Assoc., Inc. 5447 East Fifth St. Suite 110 Tucson, AZ 85711 | X | - | | X | X | X | 1,500.00 |
| Account No. **xxxxxxxxxx0001** | | | | | | | |
| **VERIZON WIRELESS** 1 VERIZON PLACE ALPHARETTA GA 30004 | | - | | X | X | X | 833.48 |
| Account No. **xx3740** | | | | | | | |
| **Vieng Trucking** 1513 Choke Cherry Lane South Sioux City, NE 68776 | X | - | | X | X | X | 650.00 |
| Account No. | | | 3 Volvo trucks | | | | |
| **VOLVO CAR FINANCE** PO BOX 542000 Omaha, NE 68154 | X | - | | X | X | X | 137,677.96 |
| Account No. **xxx8231** | | | | | | | |
| **VOLVO Financial Services** PO BOX 7247-0236 Philadelphia, PA 19170 | X | - | | X | X | X | 21,525.32 |

Sheet no. __**39**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 　162,186.76

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
      **Lindsey Ann Suddarth**
                                              Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 6 Peterbilt Tractor Trailers | | | | |
| **Wally Kemp** **826 3rd Ave. South** **Nashville, TN 37210** | X | J | | | | | 53,294.41 |
| Account No. **xx3358** | | | | | | | |
| **Waterlefe Transportation Company, LLC** **DEPT. 1886** **PO BOX 2153** **Birmingham, AL 35287** | X | - | | X | X | X | 1,450.00 |
| Account No. **8164** | | | | | | | |
| **Webb Farms Services** **2868 N. Wessex Lane** **Belle Rive, IL 62810** | X | - | | X | X | X | 625.00 |
| Account No. **xxxx752-1** | | | | | | | |
| **Webster Express** **4572 Loeb Rd.** **Charlevoix, MI 49720** | X | - | | X | X | X | 600.00 |
| Account No. | | | | | | | |
| **WEX FleetOne** **613 Bakertown Road** **Antioch, TN 37013** | X | - | | X | X | X | 4,500.00 |

Sheet no. __40__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **60,469.41**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx598-0** | | | | | | | |
| XTL 3200 South 70th St. Philadelphia, PA 19153 | X | - | | X | X | X | 1,600.00 |
| Account No. **x4BS4** | | | | | | | |
| XTRA Lease PO BOX 99262 Chicago, IL 60693 | X | - | | X | X | X | 3,300.00 |
| Account No. **xxx883-1, xxxx282-1** | | | | | | | |
| ZS Transportation c/o Firstline Funding Group PO BOX 328 Madison, SD 57042 | X | - | | X | X | X | 3,300.00 |
| Account No. **xxx7666,xxx7598,xxx7648...** | | | | | | | |
| ZST Logistics, Inc. PO BOX 4060 Cookeville, TN 38502 | X | - | | X | X | X | 3,750.00 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __41__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **11,950.00**

Total
(Report on Summary of Schedules) **1,352,893.32**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

.

In re **Bradley Allen Suddarth,**                    Case No. _____
        **Lindsey Ann Suddarth**

_____ ,
                       Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Craig Mundy**<br>**4050 Emerald Way**<br>**Castalian Springs, TN 37031** | **contract for lease purchase for 1 year** |
| **DIRECT TV**<br>**PO BOX 6550**<br>**Englewood, CO 80155** | **dish contract** |
| **VERIZON WIRELESS**<br>**1 VERIZON PLACE**<br>**ALPHARETTA GA 30004** | **cell phone contract** |

0

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**                           Case No. _____

         **Lindsey Ann Suddarth**

                                                  ,

                         Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Colonial Funding Network<br>1501 Broadway<br>Suite 360<br>New York, NY 10036 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | American Express<br>PO BOX 650448<br>Dallas, TX 75265 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Rapid Ways Truck Leasing, Inc.<br>PO Box 931284<br> MO 64193 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | BANK OF AMERICA VISA<br>PO BOX 26012<br>GREENSBORO NC 27420 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Gregory Real Estate, LLC<br>145 Zieglers Fort Road<br>Gallatin, TN 37066 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Chase<br>PO BOX 901076<br>Fort Worth, TX 76101 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Redford Truck Line<br>PO BOX 275<br>Beaver Dam, WI 53916 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Rsd Transportation<br>1247 Bates Rd.<br>Lebanon, TN 37087 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Ricker Trucking<br>PO BOX 278<br>Hot Springs, NC 28743 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Ruck's Trucks LLC<br>PO BOX 40<br>13118 N. Hwy 1247<br>Eubank, KY 42567 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | S&H Trucking, Inc.<br>PO BOX 6099<br>Chattanooga, TN 37401 |

     continuation sheet 1 of 2   continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,
                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **S and S Transportation Services, Inc.**<br>**1101 Downs Blvd. #157**<br>**Franklin, TN 37064** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Scherer & Sons Trucking, Inc.**<br>**PO BOX 178**<br>**Saint Joseph, MN 56374** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Scott Freight and Logistics**<br>**PO BOX 1723**<br>**Rome, GA 30162** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Simon's Trucking, Inc.**<br>**PO BOX 8**<br>**Farley, IA 52046** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Smith Systems Transportation, Inc.**<br>**PO BOX 2455**<br>**Scottsbluff, NE 69363** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Stokes Trucking, Inc.**<br>**14400 N. HWY 38**<br>**Collinston, UT 84306** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Surplus USA Trucklines, Inc.**<br>**27227 Ivy Road**<br>**Carl Junction, MO 64834** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **TCI Logistics, Inc.**<br>**1386 South Park Drive**<br>**Kernersville, NC 27284** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **TCSI-Transland, Inc.**<br>**PO BOX 901**<br>**Springfield, MO 65801** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **TNL Freightways, Inc.**<br>**612 Enterprise St.**<br>**Laredo, TX 78045** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Total Transportation Solutions**<br>**4811 Chippendale Dr.**<br>**Suite 803**<br>**Sacramento, CA 95841** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **TransCorr LLC**<br>**PO BOX 1627**<br>**Indianapolis, IN 46206** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Tullis Enterprises, Inc.**<br>**PO BOX 79**<br>**Madison, TN 37115** |

Sheet __1__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re   **Bradley Allen Suddarth,**　　　　　　　　　　　　　　　Case No. _____
　　　　**Lindsey Ann Suddarth**

_____,
　　　　　　　　　　　　　Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | JPS Logistics, Inc.<br>2065 N. 15th Ave.<br>Melrose Park, IL 60160 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Trans-Lease, Inc.<br>148 Millwell Dr.<br>Maryland Heights, MO 63043 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Trucks Mart Transport, LLC<br>602 Elkin Hwy.<br>North Wilkesboro, NC 28659 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | UTS Brokerage, LLC<br>PO BOX 513<br>Ashland City, TN 37015 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Vega Transport<br>c/o Stuart Allan & Assoc., Inc.<br>5447 East Fifth St. Suite 110<br>Tucson, AZ 85711 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Vieng Trucking<br>1513 Choke Cherry Lane<br>South Sioux City, NE 68776 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Webb Farms Services<br>2868 N. Wessex Lane<br>Belle Rive, IL 62810 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Webster Express<br>4572 Loeb Rd.<br>Charlevoix, MI 49720 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Unilin USA<br>149 Homanit USA Rd.<br>Mount Gilead, NC 27306 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | XTL<br>3200 South 70th St.<br>Philadelphia, PA 19153 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Morey Enterprises, Inc.<br>384 County Route 3<br>Brushton, NY 12916 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Morgan Logistics, LLC.<br>PO BOX 365<br>Booneville, MS 38829 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Mountain River Trucking Co., Inc.<br>207 Direct Lane<br>Mount Airy, NC 27030 |

Sheet __2__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | NLK, L.L.C.<br>1129 College St.<br>Bowling Green, KY 42101 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | NTA, Ltd.<br>PO BOX 831<br>Huron, SD 57350 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Nite-Line Express<br>PO BOX 8293<br>Chattanooga, TN 37414 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Okohteam Transport Inc.<br>3215 Jennifer Lane<br>Kinston, NC 28504 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Osborne Trucking, Co.<br>325 Osborne Dr.<br>Fairfield, OH 45014 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Paint Rock Transport, Inc.<br>167 Paint Rock Trail<br>Philadelphia, TN 37846 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Paris Transportation, Inc.<br>2635 Paris Ave<br>Feasterville Trevose, PA 19053 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Performance Trucking, Inc.<br>PO BOX 1955<br>Suwanee, GA 30024 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | R&E Transportation Services LLC<br>25165 Mulberry Dr.<br>Southfield, MI 48033 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | R&K Trucking of Montana Inc.<br>PO BOX 6021<br>Helena, MT 59601 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | MidSouth Transport, Inc.<br>2765 Profit Dr.<br>PO Box 16013<br>Memphis, TN 38186 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Mid-West Express, Inc<br>279 Lost Circle Unit B<br>Bowling Green, KY 42101 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Midwest Freight Systems<br>25585 Sherwood Ave<br>Warren, MI 48091 |

Sheet __3__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Midwest Transportation**<br>**962 N. Grand Ave Suite B**<br>**Covina, CA 91724** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Milburn Hawkins Trucking, LLC**<br>**5518 Ladd Springs Rd.**<br>**Old Fort, TN 37362** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Milan Express Co., Inc.**<br>**PO BOX 699**<br>**Milan, TN 38358** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Ingram Brothers LLC**<br>**PO BOX 488**<br>**Morgantown, KY 42261** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Sain and Heavner Trucking Co., Inc.**<br>**PO BOX 27**<br>**Vale, NC 28168** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **T&C Transport**<br>**PO BOX 791**<br>**Mattoon, IL 61938** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **T&D Carriers**<br>**205 Guernsey Lane**<br>**Spartanburg, SC 29306** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Transwest Capital**<br>**PO BOX 2738**<br>**Visalia, CA 93279** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Marvin Keller Trucking, Inc.**<br>**1500 West Pointe Way**<br>**Sullivan, IL 61951** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **MinStar Transport, Inc.**<br>**837 Apollo Rd.**<br>**Saint Paul, MN 55121** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **New Century Transportation, Inc.**<br>**45 East Park Dr.**<br>**Mount Holly, NJ 08060** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **First Express**<br>**1135 Freightliner Dr.**<br>**Nashville, TN 37210** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Harrington Ridge Coal & Stove LLC**<br>**301 Front St**<br>**Hancock, MI 49930** |

Sheet __4__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
      **Lindsey Ann Suddarth**

Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Kingdom Life Logistics, LLC<br>PO BOX 625<br>920 Fifth St.<br>Park Hills, MO 63601 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | 9 Expo Inc<br>10193 Live Oak Ave<br>Fontana, CA 92335 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | B&B Transport, LLC<br>2664 E. Bucktail Lane<br>Olney, IL 62450 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Bluefiled Transport<br>2790 Wysor Rd<br>Draper, VA 24324 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | CP Trucking Inc<br>PO BOX 295<br>Parsons, TN 38363 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Chief Express<br>236 North Broad St.<br>Seagrove, NC 27341 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Direct Lines, Inc.<br>16472 E. State Hwy 33<br>Teutopolis, IL 62467 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | FMI Inc.<br>800 Federal Blvd.<br>Carteret, NJ 07008 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Freight Solutions Group, Inc.<br>PO BOX 79<br>Sidney, IL 61877 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | ZST Logistics, Inc.<br>PO BOX 4060<br>Cookeville, TN 38502 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | FreightCheck<br>5950 Live Oak Pkwy<br>Suite360<br>Norcross, GA 30093 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Total Quality Logistic Services<br>11325 Nations Ford Rd.<br>Suite E<br>Pineville, NC 28134 |

Sheet  __5__  of  __28__  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**
         **Lindsey Ann Suddarth**                                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Freight Zone Transportation LLC**<br>**3358 HWY 20 W.**<br>**Decatur, AL 35601** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **DC Transport, Inc.**<br>**3326 Merle Travis Hwy**<br>**Beechmont, KY 42323** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Dan Sullivan Trucking, Inc.**<br>**PO BOX 878**<br>**Munfordville, KY 42765** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Diamond Transportation, Inc.**<br>**102 Betsy Pack Dr. Suite E**<br>**Jasper, TN 37347** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Elk Valley Distribution, Inc.**<br>**3180 Highway 231 N**<br>**Shelbyville, TN 37160** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Empire Recycling Logistics Corporation**<br>**PO BOX 539**<br>**Utica, NY 13503** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Exxact Express**<br>**PO BOX 95545**<br>**Lakeland, FL 33804** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Faith Global Transportation, LLC**<br>**PO BOX 192**<br>**East Prairie, MO 63845** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **First Logistics, LLC**<br>**PO BOX 907342**<br>**Gainesville, GA 30501** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **FreightX Inc.**<br>**245 Beinoris Dr.**<br>**Wood Dale, IL 60191** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Freightmaster, Inc.**<br>**PO BOX 865**<br>**Taylorsville, NC 28681** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **GMT Logistic, Inc.**<br>**47757 West Rd.**<br>**Suite C-103E**<br>**Wixom, MI 48393** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **GS Carrier**<br>**8368 Dandelion Dr.**<br>**Elk Grove, CA 95624** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Case 3:14-bk-01573   Doc 1   Filed 02/27/14   Entered 02/27/14 11:55:25   Desc Main
Document      Page 77 of 123

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

Debtors ,

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Crestmark Bank TPG LLC<br>Gayle Frerichs Trucking LLC<br>PO BOX 682348<br>Franklin, TN 37068 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Greatwide American Trans Freight, LLC<br>2150 Cabot Blvd. West<br>Langhorne, PA 19047 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Greenline Express, Inc.<br>510 Celestial Court<br>Bowling Green, KY 42101 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | GSA International, Ltd.<br>32500 Van Born Rd.<br>Suite 600<br>Wayne, MI 48184 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Hester Trucking, Inc.<br>PO BOX 518<br>Bladenboro, NC 28320 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | ILSA Incorporated<br>2423 Shortly Barnes Rd<br>Crossville, TN 38571 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Independent Transfer Services Inc.<br>PO BOX 100<br>Newton, KS 67114 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | CS Express, LLC<br>c/o Century Finance LLC<br>PO BOX 16960<br>Jonesboro, AR 72403 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Cottle Transport, Inc<br>PO BOX 4659<br>High Point, NC 27263 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Corney Transportation, Inc.<br>PO BOX 385<br>Saint Pauls, NC 28384 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Cooper<br>1081 Arkansas St.<br>Memphis, TN 38106 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Classic Express, Inc.<br>2150 Westland Dr. SW<br>Cleveland, TN 37312 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | M.A. Chrisman Trucking, Inc.<br>PO BOX 16<br>Englewood, TN 37329 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Chambers Transportation Services, Inc.<br>PO BOX 317<br>Midland, NC 28107 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | CAT-MATT<br>W 1550 210th Ave<br>Plum City, WI 54761 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Carr Freight Agent, Inc.<br>13120 Old US Hwy 52<br>Winston Salem, NC 27107 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Carolina Southern Trucking, Inc.<br>PO BOX 1342<br>Hamlet, NC 28345 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | BG Logistics, Inc.<br>c/o CJM Financial, Inc.<br>1014 SE Lorenz Dr.<br>Ankeny, IA 50021 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | C F Transportation Inc.<br>418 North Broadway<br>Portland, TN 37148 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | C Bar P Trucking Inc.<br>20707 W 21 St. N<br>Goddard, KS 67052 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Business Trucking Service<br>15568 Slover Ave.<br>Fontana, CA 92337 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Bryant Freight, LLC<br>PO BOX 69<br>Gainesville, MO 65655 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Brown Trucking Company<br>PO BOX 535203<br>Atlanta, GA 30353 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Bohren Logistics, Inc.<br>325 North Taylor Rd.<br>Garrett, IN 46738 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Superior Services Express<br>1330 Gateway Dr.<br>Gallatin, TN 37066 |

Sheet __8__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Bradley Allen Suddarth,**
       **Lindsey Ann Suddarth,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **AYR Motor Express**<br>**46 Poplar St.**<br>**Woodstock, NB E7M 4G2** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **A.V. Transportation Inc.**<br>**PO BOX 246**<br>**Camanche, IA 52730** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Arfsten Transfer, Inc.**<br>**2244 197th St. East**<br>**Clearwater, MN 55320** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **AllPro**<br>**1200 Chester Industrial Pkwy**<br>**Avon, OH 44011** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Apollo Express**<br>**PO BOX 967**<br>**Jackson, MI 49204** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **All Access International**<br>**9860 Farragut Ave.**<br>**Des Plaines, IL 60018** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Alfa 77 Inc.**<br>**225 Wianno Lane**<br>**Schaumburg, IL 60194** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Affordable Moving Solutions**<br>**PO BOX 2642**<br>**Carlsbad, CA 92018** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **AED, Inc.**<br>**PO BOX 127**<br>**Stantonville, TN 38379** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **AAB Transport, Inc.**<br>**15774 S. LaGrange Rd. #296**<br>**Orland Park, IL 60462** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **ACE Transport-NC, LLC**<br>**PO BOX 477**<br>**Harmony, NC 28634** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Integrity Transportation, LLC**<br>**PO BOX 100**<br>**Greenwood, MO 64034** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **A.Zerega's Sons, Inc.**<br>**PO BOX 241**<br>**Fair Lawn, NJ 07410** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Lewis Transportation, Inc.**<br>**13523 E 1750th Ave**<br>**Newton, IL 62448** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **International Carrier Enterprises Inc.**<br>**7526 Industrial Dr.**<br>**Forest Park, IL 60130** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **J&S Cartage**<br>**PO BOX 12378**<br>**Knoxville, TN 37912** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **J&S Transco Inc.**<br>**209 Fossett Rd**<br>**Guntersville, AL 35976** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **J.T. Express, Inc.**<br>**PO BOX 439**<br>**Monroe, OH 45050** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Jacobson Logistics Company L.C.**<br>**3811 Dixon**<br>**Des Moines, IA 50313** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **James Mason Enterprises, Inc.**<br>**3810 Bridgeport Circle**<br>**Wichita, KS 67219** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Jubilee Transportation Inc.**<br>**c/o Century Finance LLC**<br>**PO BOX 16960**<br>**Jonesboro, AR 72403** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **K&S Carriers LLC**<br>**N 9521 City Hwy O**<br>**Greenwood, WI 54437** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Preferred Freezer Services of Boston**<br>**1 Commercial St. Route 1 North**<br>**Sharon, MA 02067** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **KY Express LLC**<br>**408 Rodeo Lane**<br>**Bowling Green, KY 42101** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **L&D Trucking Co Inc.**<br>**PO BOX 3066**<br>**Carbondale, IL 62902** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **LTI Transport, LLC**<br>**PO BOX 906**<br>**Olive Branch, MS 38654** |

Sheet __10__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Lawrence Transportation Systems Inc<br>PO BOX 7667<br>Roanoke, VA 24019 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Red Gold<br>PO BOX 83<br>Elwood, IN 46036 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Lindsey Trucking LLC<br>3802 Carlton<br>Amarillo, TX 79109 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Logi Warehousing & Transportation, LLC<br>1125 Vaughn Pkwy<br>Portland, TN 37148 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Logistics Transport and Carriers Inc.<br>7891 W. Flagler St.<br>Miami, FL 33142 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | MGI Transportation, Inc.<br>6412 Valley Ridge Dr.<br>Plainfield, IL 60586 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Longbow Transportation & Logistics, LLC<br>PO BOX 809107<br>Chicago, IL 60680 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Maumee Express Inc<br>26319 Old Trail Rd.<br>Abingdon, VA 24210 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Waterlefe Transportation Company, LLC<br>DEPT. 1886<br>PO BOX 2153<br>Birmingham, AL 35287 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Hudson Logistics, Inc.<br>PO BOX 628<br>Princeton, KY 42445 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | ZS Transportation<br>c/o Firstline Funding Group<br>PO BOX 328<br>Madison, SD 57042 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Design Transportation<br>PO BOX 560686<br>Dallas, TX 75356 |
| Jimmy Suddarth<br>114 Wyncrest Ct.<br>Hendersonville, TN 37075 | Load N Go Trucking, Ltd.<br>PO BOX 328<br>Madison, SD 57042 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**
       **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Carroll Fulmer Logistics Corporation**<br>**8340 American Way**<br>**Groveland, FL 34736** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **M&M American, Inc.**<br>**7300 Industrial Row Dr.**<br>**Mason, OH 45040** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **CF Transportation Inc.**<br>**418 North Broadway**<br>**Portland, TN 37148** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **ARKO Trans, LLC**<br>**c/o First Line Funding Group**<br>**PO BOX 328**<br>**Madison, SD 57042** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **R&C Transportation L.L.C.**<br>**792 E. 610th Ave.**<br>**Pittsburg, KS 66762** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **MS Express LLC**<br>**c/o National Bankers Trust**<br>**PO BOX 1752**<br>**Memphis, TN 38101** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Metro Companies Inc/ Metro Xpress**<br>**3518 N. Ohio St.**<br>**Wichita, KS 67219** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Sargent Trucking Inc**<br>**64  Main St.**<br>**PO BOX 600**<br>**Mars Hill, ME 04758** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **XTRA Lease**<br>**PO BOX 99262**<br>**Chicago, IL 60693** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **TransForce, Inc.**<br>**5520 Cherokee Ave.**<br>**Suite 200**<br>**Alexandria, VA 22312** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **VOLVO CAR FINANCE**<br>**PO BOX 542000**<br>**Omaha, NE 68154** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Paccar Financial**<br>**2180 Satellite Blvd.**<br>**Suite 200**<br>**Duluth, GA 30097** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,
                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **TWS Xpress, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Transcore/Truckers Edge**<br>**11000 SW Stratus**<br>**Suite 200**<br>**Beaverton, OR 97008** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Dean Oil Company, Inc.**<br>**104 11th Ave. E**<br>**Springfield, TN 37172** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **VOLVO Financial Services**<br>**PO BOX 7247-0236**<br>**Philadelphia, PA 19170** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Sumner Bank & Trust**<br>**780 Browns Lane**<br>**37066** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Fleet One, LLC**<br>**613 Bakertown Rd.**<br>**Antioch, TN 37013** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **FIA Card Services, N.A.**<br>**c/o Professional Recovery Services Inc.**<br>**PO BOX 1880**<br>**Voorhees, NJ 08043** |
| **Jimmy Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Penske Truck Leasing**<br>**214 Hermitage Ave.**<br>**Nashville, TN 37210** |
| **Joan Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Sumner Bank & Trust**<br>**780 Browns Lane**<br>**37066** |
| **Joan Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Horizon Business Funding, LLC**<br>**27 William St.**<br>**3rd Fl**<br>**New York, NY 10005** |
| **Joan Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Nextwave Enterprises, LLC**<br>**c/o Sprechman & Associates, P.A.**<br>**2775 Sunny Isles Blvd. Suite 100**<br>**North Miami Beach, FL 33160** |
| **Joan Suddarth**<br>**114 Wyncrest Ct.**<br>**Hendersonville, TN 37075** | **Fast Business Funding**<br>**2001 NW 107th Ave.**<br>**Miami, FL 33172** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Fleet One, LLC**<br>**613 Bakertown Rd.**<br>**Antioch, TN 37013** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Colonial Funding Network**<br>**1501 Broadway**<br>**Suite 360**<br>**New York, NY 10036** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **American Express**<br>**PO BOX 650448**<br>**Dallas, TX 75265** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Rapid Ways Truck Leasing, Inc.**<br>**PO Box 931284**<br>**MO 64193** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Gregory Real Estate, LLC**<br>**145 Zieglers Fort Road**<br>**Gallatin, TN 37066** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **BANK OF AMERICA VISA**<br>**PO BOX 26012**<br>**GREENSBORO NC 27420** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Chase**<br>**PO BOX 901076**<br>**Fort Worth, TX 76101** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Redford Truck Line**<br>**PO BOX 275**<br>**Beaver Dam, WI 53916** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Rsd Transportation**<br>**1247 Bates Rd.**<br>**Lebanon, TN 37087** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Ricker Trucking**<br>**PO BOX 278**<br>**Hot Springs, NC 28743** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Ruck's Trucks LLC**<br>**PO BOX 40**<br>**13118 N. Hwy 1247**<br>**Eubank, KY 42567** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **S&H Trucking, Inc.**<br>**PO BOX 6099**<br>**Chattanooga, TN 37401** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **S and S Transportation Services, Inc.**<br>**1101 Downs Blvd. #157**<br>**Franklin, TN 37064** |

Sheet __14__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
   **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Scherer & Sons Trucking, Inc.**<br>**PO BOX 178**<br>**Saint Joseph, MN 56374** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Scott Freight and Logistics**<br>**PO BOX 1723**<br>**Rome, GA 30162** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Simon's Trucking, Inc.**<br>**PO BOX 8**<br>**Farley, IA 52046** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Smith Systems Transportation, Inc.**<br>**PO BOX 2455**<br>**Scottsbluff, NE 69363** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Stokes Trucking, Inc.**<br>**14400 N. HWY 38**<br>**Collinston, UT 84306** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Surplus USA Trucklines, Inc.**<br>**27227 Ivy Road**<br>**Carl Junction, MO 64834** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **TCI Logistics, Inc.**<br>**1386 South Park Drive**<br>**Kernersville, NC 27284** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **TCSI-Transland, Inc.**<br>**PO BOX 901**<br>**Springfield, MO 65801** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **TNL Freightways, Inc.**<br>**612 Enterprise St.**<br>**Laredo, TX 78045** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Total Transportation Solutions**<br>**4811 Chippendale Dr.**<br>**Suite 803**<br>**Sacramento, CA 95841** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **TransCorr LLC**<br>**PO BOX 1627**<br>**Indianapolis, IN 46206** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Tullis Enterprises, Inc.**<br>**PO BOX 79**<br>**Madison, TN 37115** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **JPS Logistics, Inc.**<br>**2065 N. 15th Ave.**<br>**Melrose Park, IL 60160** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**
         **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Trans-Lease, Inc.**<br>**148 Millwell Dr.**<br>**Maryland Heights, MO 63043** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Trucks Mart Transport, LLC**<br>**602 Elkin Hwy.**<br>**North Wilkesboro, NC 28659** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **UTS Brokerage, LLC**<br>**PO BOX 513**<br>**Ashland City, TN 37015** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Vega Transport**<br>**c/o Stuart Allan & Assoc., Inc.**<br>**5447 East Fifth St. Suite 110**<br>**Tucson, AZ 85711** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Vieng Trucking**<br>**1513 Choke Cherry Lane**<br>**South Sioux City, NE 68776** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Webb Farms Services**<br>**2868 N. Wessex Lane**<br>**Belle Rive, IL 62810** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Webster Express**<br>**4572 Loeb Rd.**<br>**Charlevoix, MI 49720** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Unilin USA**<br>**149 Homanit USA Rd.**<br>**Mount Gilead, NC 27306** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **XTL**<br>**3200 South 70th St.**<br>**Philadelphia, PA 19153** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Morey Enterprises, Inc.**<br>**384 County Route 3**<br>**Brushton, NY 12916** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Morgan Logistics, LLC.**<br>**PO BOX 365**<br>**Booneville, MS 38829** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Mountain River Trucking Co., Inc.**<br>**207 Direct Lane**<br>**Mount Airy, NC 27030** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **NLK, L.L.C.**<br>**1129 College St.**<br>**Bowling Green, KY 42101** |

Sheet __16__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **NTA, Ltd.**<br>**PO BOX 831**<br>**Huron, SD 57350** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Nite-Line Express**<br>**PO BOX 8293**<br>**Chattanooga, TN 37414** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Okohteam Transport Inc.**<br>**3215 Jennifer Lane**<br>**Kinston, NC 28504** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Osborne Trucking, Co.**<br>**325 Osborne Dr.**<br>**Fairfield, OH 45014** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Paint Rock Transport, Inc.**<br>**167 Paint Rock Trail**<br>**Philadelphia, TN 37846** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Paris Transportation, Inc.**<br>**2635 Paris Ave**<br>**Feasterville Trevose, PA 19053** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Performance Trucking, Inc.**<br>**PO BOX 1955**<br>**Suwanee, GA 30024** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **R&E Transportation Services LLC**<br>**25165 Mulberry Dr.**<br>**Southfield, MI 48033** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **R&K Trucking of Montana Inc.**<br>**PO BOX 6021**<br>**Helena, MT 59601** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **MidSouth Transport, Inc.**<br>**2765 Profit Dr.**<br>**PO Box 16013**<br>**Memphis, TN 38186** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Mid-West Express, Inc**<br>**279 Lost Circle Unit B**<br>**Bowling Green, KY 42101** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Midwest Freight Systems**<br>**25585 Sherwood Ave**<br>**Warren, MI 48091** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Midwest Transportation**<br>**962 N. Grand Ave Suite B**<br>**Covina, CA 91724** |

Sheet __17__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Milburn Hawkins Trucking, LLC**<br>**5518 Ladd Springs Rd.**<br>**Old Fort, TN 37362** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Milan Express Co., Inc.**<br>**PO BOX 699**<br>**Milan, TN 38358** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Ingram Brothers LLC**<br>**PO BOX 488**<br>**Morgantown, KY 42261** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Sain and Heavner Trucking Co., Inc.**<br>**PO BOX 27**<br>**Vale, NC 28168** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **T&C Transport**<br>**PO BOX 791**<br>**Mattoon, IL 61938** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **T&D Carriers**<br>**205 Guernsey Lane**<br>**Spartanburg, SC 29306** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Transwest Capital**<br>**PO BOX 2738**<br>**Visalia, CA 93279** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Marvin Keller Trucking, Inc.**<br>**1500 West Pointe Way**<br>**Sullivan, IL 61951** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **MinStar Transport, Inc.**<br>**837 Apollo Rd.**<br>**Saint Paul, MN 55121** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **New Century Transportation, Inc.**<br>**45 East Park Dr.**<br>**Mount Holly, NJ 08060** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **First Express**<br>**1135 Freightliner Dr.**<br>**Nashville, TN 37210** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Harrington Ridge Coal & Stove LLC**<br>**301 Front St**<br>**Hancock, MI 49930** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Kingdom Life Logistics, LLC**<br>**PO BOX 625**<br>**920 Fifth St.**<br>**Park Hills, MO 63601** |

Sheet __18__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Bradley Allen Suddarth,**                                          Case No. _____
        **Lindsey Ann Suddarth,**
                                                          ,
                                            Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **9 Expo Inc**<br>**10193 Live Oak Ave**<br>**Fontana, CA 92335** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **B&B Transport, LLC**<br>**2664 E. Bucktail Lane**<br>**Olney, IL 62450** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Bluefiled Transport**<br>**2790 Wysor Rd**<br>**Draper, VA 24324** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **CP Trucking Inc**<br>**PO BOX 295**<br>**Parsons, TN 38363** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Chief Express**<br>**236 North Broad St.**<br>**Seagrove, NC 27341** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Direct Lines, Inc.**<br>**16472 E. State Hwy 33**<br>**Teutopolis, IL 62467** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **FMI Inc.**<br>**800 Federal Blvd.**<br>**Carteret, NJ 07008** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Freight Solutions Group, Inc.**<br>**PO BOX 79**<br>**Sidney, IL 61877** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **ZST Logistics, Inc.**<br>**PO BOX 4060**<br>**Cookeville, TN 38502** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **FreightCheck**<br>**5950 Live Oak Pkwy**<br>**Suite360**<br>**Norcross, GA 30093** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Total Quality Logistic Services**<br>**11325 Nations Ford Rd.**<br>**Suite E**<br>**Pineville, NC 28134** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Freight Zone Transportation LLC**<br>**3358 HWY 20 W.**<br>**Decatur, AL 35601** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **DC Transport, Inc.**<br>**3326 Merle Travis Hwy**<br>**Beechmont, KY 42323** |

Sheet __19__ of __28__  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**                                                          Case No. _____
         **Lindsey Ann Suddarth**
                                                                                        ,
                                              Debtors
                          # SCHEDULE H - CODEBTORS
                                        (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Dan Sullivan Trucking, Inc.**<br>**PO BOX 878**<br>**Munfordville, KY 42765** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Diamond Transportation, Inc.**<br>**102 Betsy Pack Dr. Suite E**<br>**Jasper, TN 37347** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Elk Valley Distribution, Inc.**<br>**3180 Highway 231 N**<br>**Shelbyville, TN 37160** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Empire Recycling Logistics Corporation**<br>**PO BOX 539**<br>**Utica, NY 13503** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Exxact Express**<br>**PO BOX 95545**<br>**Lakeland, FL 33804** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Faith Global Transportation, LLC**<br>**PO BOX 192**<br>**East Prairie, MO 63845** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **First Logistics, LLC**<br>**PO BOX 907342**<br>**Gainesville, GA 30501** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **FreightX Inc.**<br>**245 Beinoris Dr.**<br>**Wood Dale, IL 60191** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Freightmaster, Inc.**<br>**PO BOX 865**<br>**Taylorsville, NC 28681** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **GMT Logistic, Inc.**<br>**47757 West Rd.**<br>**Suite C-103E**<br>**Wixom, MI 48393** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **GS Carrier**<br>**8368 Dandelion Dr.**<br>**Elk Grove, CA 95624** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Crestmark Bank TPG LLC**<br>**Gayle Frerichs Trucking LLC**<br>**PO BOX 682348**<br>**Franklin, TN 37068** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Greatwide American Trans Freight, LLC**<br>**2150 Cabot Blvd. West**<br>**Langhorne, PA 19047** |

Sheet __20__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re  **Bradley Allen Suddarth,**
       **Lindsey Ann Suddarth**

Case No. _____

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Greenline Express, Inc.**<br>**510 Celestial Court**<br>**Bowling Green, KY 42101** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **GSA International, Ltd.**<br>**32500 Van Born Rd.**<br>**Suite 600**<br>**Wayne, MI 48184** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Hester Trucking, Inc.**<br>**PO BOX 518**<br>**Bladenboro, NC 28320** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **ILSA Incorporated**<br>**2423 Shortly Barnes Rd**<br>**Crossville, TN 38571** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Independent Transfer Services Inc.**<br>**PO BOX 100**<br>**Newton, KS 67114** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **CS Express, LLC**<br>**c/o Century Finance LLC**<br>**PO BOX 16960**<br>**Jonesboro, AR 72403** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Cottle Transport, Inc**<br>**PO BOX 4659**<br>**High Point, NC 27263** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Corney Transportation, Inc.**<br>**PO BOX 385**<br>**Saint Pauls, NC 28384** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Cooper**<br>**1081 Arkansas St.**<br>**Memphis, TN 38106** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Classic Express, Inc.**<br>**2150 Westland Dr. SW**<br>**Cleveland, TN 37312** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **M.A. Chrisman Trucking, Inc.**<br>**PO BOX 16**<br>**Englewood, TN 37329** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Chambers Transportation Services, Inc.**<br>**PO BOX 317**<br>**Midland, NC 28107** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **CAT-MATT**<br>**W 1550 210th Ave**<br>**Plum City, WI 54761** |

Sheet __21__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**
         **Lindsey Ann Suddarth,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Carr Freight Agent, Inc.**<br>**13120 Old US Hwy 52**<br>**Winston Salem, NC 27107** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Carolina Southern Trucking, Inc.**<br>**PO BOX 1342**<br>**Hamlet, NC 28345** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **BG Logistics, Inc.**<br>**c/o CJM Financial, Inc.**<br>**1014 SE Lorenz Dr.**<br>**Ankeny, IA 50021** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **C F Transportation Inc.**<br>**418 North Broadway**<br>**Portland, TN 37148** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **C Bar P Trucking Inc.**<br>**20707 W 21 St. N**<br>**Goddard, KS 67052** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Business Trucking Service**<br>**15568 Slover Ave.**<br>**Fontana, CA 92337** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Bryant Freight, LLC**<br>**PO BOX 69**<br>**Gainesville, MO 65655** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Brown Trucking Company**<br>**PO BOX 535203**<br>**Atlanta, GA 30353** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Bohren Logistics, Inc.**<br>**325 North Taylor Rd.**<br>**Garrett, IN 46738** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **AYR Motor Express**<br>**46 Poplar St.**<br>**Woodstock, NB E7M 4G2** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **A.V. Transportation Inc.**<br>**PO BOX 246**<br>**Camanche, IA 52730** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Arfsten Transfer, Inc.**<br>**2244 197th St. East**<br>**Clearwater, MN 55320** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **AllPro**<br>**1200 Chester Industrial Pkwy**<br>**Avon, OH 44011** |

Sheet __22__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Apollo Express**<br>**PO BOX 967**<br>**Jackson, MI 49204** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **All Access International**<br>**9860 Farragut Ave.**<br>**Des Plaines, IL 60018** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Alfa 77 Inc.**<br>**225 Wianno Lane**<br>**Schaumburg, IL 60194** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Affordable Moving Solutions**<br>**PO BOX 2642**<br>**Carlsbad, CA 92018** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **AED, Inc.**<br>**PO BOX 127**<br>**Stantonville, TN 38379** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **AAB Transport, Inc.**<br>**15774 S. LaGrange Rd. #296**<br>**Orland Park, IL 60462** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **ACE Transport-NC, LLC**<br>**PO BOX 477**<br>**Harmony, NC 28634** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Integrity Transportation, LLC**<br>**PO BOX 100**<br>**Greenwood, MO 64034** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **A.Zerega's Sons, Inc.**<br>**PO BOX 241**<br>**Fair Lawn, NJ 07410** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Lewis Transportation, Inc.**<br>**13523 E 1750th Ave**<br>**Newton, IL 62448** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **International Carrier Enterprises Inc.**<br>**7526 Industrial Dr.**<br>**Forest Park, IL 60130** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **J&S Cartage**<br>**PO BOX 12378**<br>**Knoxville, TN 37912** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **J&S Transco Inc.**<br>**209 Fossett Rd**<br>**Guntersville, AL 35976** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 3:14-bk-01573   Doc 1   Filed 02/27/14   Entered 02/27/14 11:55:25   Desc Main
Document      Page 94 of 123

In re **Bradley Allen Suddarth,**
    **Lindsey Ann Suddarth,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **J.T. Express, Inc.**<br>**PO BOX 439**<br>**Monroe, OH 45050** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Jacobson Logistics Company L.C.**<br>**3811 Dixon**<br>**Des Moines, IA 50313** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **James Mason Enterprises, Inc.**<br>**3810 Bridgeport Circle**<br>**Wichita, KS 67219** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Jubilee Transportation Inc.**<br>**c/o Century Finance LLC**<br>**PO BOX 16960**<br>**Jonesboro, AR 72403** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **K&S Carriers LLC**<br>**N 9521 City Hwy O**<br>**Greenwood, WI 54437** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Preferred Freezer Services of Boston**<br>**1 Commercial St. Route 1 North**<br>**Sharon, MA 02067** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **KY Express LLC**<br>**408 Rodeo Lane**<br>**Bowling Green, KY 42101** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **L&D Trucking Co Inc.**<br>**PO BOX 3066**<br>**Carbondale, IL 62902** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **LTI Transport, LLC**<br>**PO BOX 906**<br>**Olive Branch, MS 38654** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Lawrence Transportation Systems Inc**<br>**PO BOX 7667**<br>**Roanoke, VA 24019** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Red Gold**<br>**PO BOX 83**<br>**Elwood, IN 46036** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Lindsey Trucking LLC**<br>**3802 Carlton**<br>**Amarillo, TX 79109** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Logi Warehousing & Transportation, LLC**<br>**1125 Vaughn Pkwy**<br>**Portland, TN 37148** |

Sheet __24__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
**Lindsey Ann Suddarth,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Logistics Transport and Carriers Inc.**<br>**7891 W. Flagler St.**<br>**Miami, FL 33142** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **MGI Transportation, Inc.**<br>**6412 Valley Ridge Dr.**<br>**Plainfield, IL 60586** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Longbow Transportation & Logistics, LLC**<br>**PO BOX 809107**<br>**Chicago, IL 60680** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Maumee Express Inc**<br>**26319 Old Trail Rd.**<br>**Abingdon, VA 24210** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Waterlefe Transportation Company, LLC**<br>**DEPT. 1886**<br>**PO BOX 2153**<br>**Birmingham, AL 35287** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Hudson Logistics, Inc.**<br>**PO BOX 628**<br>**Princeton, KY 42445** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **ZS Transportation**<br>**c/o Firstline Funding Group**<br>**PO BOX 328**<br>**Madison, SD 57042** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Design Transportation**<br>**PO BOX 560686**<br>**Dallas, TX 75356** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Load N Go Trucking, Ltd.**<br>**PO BOX 328**<br>**Madison, SD 57042** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Carroll Fulmer Logistics Corporation**<br>**8340 American Way**<br>**Groveland, FL 34736** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **M&M American, Inc.**<br>**7300 Industrial Row Dr.**<br>**Mason, OH 45040** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **CF Transportation Inc.**<br>**418 North Broadway**<br>**Portland, TN 37148** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
        **Lindsey Ann Suddarth,**

Case No. _____

_____,
                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **ARKO Trans, LLC**<br>**c/o First Line Funding Group**<br>**PO BOX 328**<br>**Madison, SD 57042** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **R&C Transportation L.L.C.**<br>**792 E. 610th Ave.**<br>**Pittsburg, KS 66762** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **MS Express LLC**<br>**c/o National Bankers Trust**<br>**PO BOX 1752**<br>**Memphis, TN 38101** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Metro Companies Inc/ Metro Xpress**<br>**3518 N. Ohio St.**<br>**Wichita, KS 67219** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Sargent Trucking Inc**<br>**64 Main St.**<br>**PO BOX 600**<br>**Mars Hill, ME 04758** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **XTRA Lease**<br>**PO BOX 99262**<br>**Chicago, IL 60693** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **TransForce, Inc.**<br>**5520 Cherokee Ave.**<br>**Suite 200**<br>**Alexandria, VA 22312** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **VOLVO CAR FINANCE**<br>**PO BOX 542000**<br>**Omaha, NE 68154** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Paccar Financial**<br>**2180 Satellite Blvd.**<br>**Suite 200**<br>**Duluth, GA 30097** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **TWS Xpress, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Transcore/Truckers Edge**<br>**11000 SW Stratus**<br>**Suite 200**<br>**Beaverton, OR 97008** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Dean Oil Company, Inc.**<br>**104 11th Ave. E**<br>**Springfield, TN 37172** |

Sheet __26__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Bradley Allen Suddarth,**
        **Lindsey Ann Suddarth**                                                        Case No. _____

_____,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **VOLVO Financial Services**<br>**PO BOX 7247-0236**<br>**Philadelphia, PA 19170** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Sumner Bank & Trust**<br>**780 Browns Lane**<br>**37066** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **FIA Card Services, N.A.**<br>**c/o Professional Recovery Services Inc.**<br>**PO BOX 1880**<br>**Voorhees, NJ 08043** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Gobbell Transportation Safety**<br>**3100 Braintree Rd.**<br>**Franklin, TN 37069** |
| **Superior Service Express, Inc.**<br>**668 Nashville Pike**<br>**Gallatin, TN 37066** | **Wally Kemp**<br>**826 3rd Ave. South**<br>**Nashville, TN 37210** |
| **TWS Xpress, Inc.** | **ACN Digital Express**<br>**1000 Progress Place**<br>**Concord, NC 28025** |
| **TWS Xpress, Inc.**<br>**1330 Gateway Dr.**<br>**Gallatin, TN 37066** | **Gobbell Transportation Safety**<br>**3100 Braintree Rd.**<br>**Franklin, TN 37069** |
| **TWS Xpress, Inc.**<br>**1330 Gateway Dr.**<br>**Gallatin, TN 37066** | **Penske Truck Leasing**<br>**214 Hermitage Ave.**<br>**Nashville, TN 37210** |
| **TWS Xpress, Inc.**<br>**1330 Gateway Dr.**<br>**Gallatin, TN 37066** | **Horizon Business Funding, LLC**<br>**27 William St.**<br>**3rd Fl**<br>**New York, NY 10005** |
| **TWS Xpress, Inc.**<br>**1330 Gateway Dr.**<br>**Gallatin, TN 37066** | **WEX FleetOne**<br>**613 Bakertown Road**<br>**Antioch, TN 37013** |
| **TWS Xpress, Inc.**<br>**1330 Gateway Dr.**<br>**Gallatin, TN 37066** | **Fast Business Funding**<br>**2001 NW 107th Ave.**<br>**Miami, FL 33172** |
| **TWS Xpress, Inc.**<br>**1330 Gateway Dr.**<br>**Gallatin, TN 37066** | **Nextwave Enterprises, LLC**<br>**c/o Sprechman & Associates, P.A.**<br>**2775 Sunny Isles Blvd. Suite 100**<br>**North Miami Beach, FL 33160** |

Sheet __27__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

In re **Bradley Allen Suddarth,**
     **Lindsey Ann Suddarth**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **TWS Xpress, Inc.** | **Wally Kemp**<br>**826 3rd Ave. South**<br>**Nashville, TN 37210** |
| **TWS Xpress, Inc.**<br>**1330 Gateway Dr.**<br>**Gallatin, TN 37066** | **Autow Nationa Lease Truck Rental, Inc.**<br>**PO BOX 100403**<br>**Nashville, TN 37224** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bradley Allen Suddarth** |
| Debtor 2 (Spouse, if filing) | **Lindsey Ann Suddarth** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | operations manager | RTM- |
| | **Employer's name** | **Power T Express** | **Tractor Supply** |
| | **Employer's address** | | **200 Powell Place<br>Brentwood, TN 37027** |
| | **How long employed there?** | 7 months | 5 yrs |

**Part 2:** Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,333.33 | $ 4,375.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 4,333.33 | $ 4,375.00 |

Debtor 1 **Bradley Allen Suddarth**
Debtor 2 **Lindsey Ann Suddarth**

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 4,333.33 | $ 4,375.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,022.66 | $ 801.88 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 470.50 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: stock purchase | 5h.+ | $ 0.00 | + $ 100.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 1,022.66    $ 1,372.38

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ 3,310.67    $ 3,002.62

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.   $ 3,310.67 + $ 3,002.62 = $ 6,313.29
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. $ 6,313.29

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1     **Bradley Allen Suddarth**

Debtor 2     **Lindsey Ann Suddarth**
(Spouse, if filing)

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                                     12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:     Describe Your Household

1.  **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and
   Debtor 2.
      ☐ Yes. Fill out this information for
      each dependent...........

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **3** | ☐ No<br>■ Yes |
|  |  | ☐ No<br>☐ Yes |
|  |  | ☐ No<br>☐ Yes |
|  |  | ☐ No<br>☐ Yes |

3.  **Do your expenses include**     ■ No
   **expenses of people other than**     ☐ Yes
   **yourself and your dependents?**

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments      4. $         **2,774.48**
   and any rent for the ground or lot.

   **If not included in line 4:**

   4a.   Real estate taxes                                                     4a. $         **0.00**
   4b.   Property, homeowner's, or renter's insurance                          4b. $         **0.00**
   4c.   Home maintenance, repair, and upkeep expenses                         4c. $         **0.00**
   4d.   Homeowner's association or condominium dues                           4d. $         **70.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans                       5. $         **0.00**

| Debtor 1 | **Bradley Allen Suddarth** | | |
|---|---|---|---|
| Debtor 2 | **Lindsey Ann Suddarth** | Case number (if known) | |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 60.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 256.87 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 400.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 130.00 |
| 10. | **Personal care products and services** | | 10. | $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 80.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 580.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 20.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 913.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 65.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 150.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 432.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 339.00 |
| | 17c. | Other. Specify: car | 17c. | $ | 645.21 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | 7,265.56 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. | $ | 6,313.29 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 7,265.56 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ | -952.27 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain:

Case 3:14-bk-01573    Doc 1    Filed 02/27/14    Entered 02/27/14 11:55:25    Desc Main
Document     Page 103 of 123

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Bradley Allen Suddarth**
**Lindsey Ann Suddarth**

Debtor(s)

Case No. _____

Chapter **11**

# BUSINESS INCOME AND EXPENSES

## FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:    $ _____ 0.00

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income    $ _____ 0.00

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION        TOTAL

21. Other (Specify):

DESCRIPTION        TOTAL

22. Total Monthly Expenses (Add items 3-21)    $ _____ 0.00

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $ _____ 0.00

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Bradley Allen Suddarth**
       **Lindsey Ann Suddarth**

                         Debtor(s)

Case No. _____

Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**88**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 27, 2014**         Signature    **/s/ Bradley Allen Suddarth**
                                                   **Bradley Allen Suddarth**
                                                   Debtor

Date   **February 27, 2014**         Signature    **/s/ Lindsey Ann Suddarth**
                                                   **Lindsey Ann Suddarth**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Bradley Allen Suddarth**
       **Lindsey Ann Suddarth**

                       Debtor(s)

Case No.

Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$93,463.00** | **2012: Both Employment Income** |
| **$4,000.00** | **2014 YTD: Husband Power T Express** |
| **$6,052.99** | **2013: Husband Power T Express** |
| **$6,300.00** | **2014 YTD: Wife Tractor Supply** |
| **$60,290.00** | **2013: Wife Tractor Supply** |

## 2. Income other than from employment or operation of business

None ☐
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-19,224.00 | 2012: Joint Dbt Rental Property |
| $2,756.00 | 2012: Joint Dbt annuity |

## 3. Payments to creditors

None ■
*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐
b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Suntrust Mortgage** **PO BOX 79041** **Baltimore, MD 21279** | **12/2013, 1/2014, 2/2014** | **$1,020.75** | **$114,143.41** |
| **Franklin American Mortgage** **PO BOX 986** **Newark, NJ 07184** | **12/2013, 1/2014** | **$1,623.73** | **$253,007.64** |
| **BB&T** **PO BOX 580048** **Charlotte, NC 28258** | **12/2013, 1/2014** | **$1,290.00** | **$34,234.90** |

None ■
c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐　a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **PAL vs. Bradley Suddarth & TWS Express Inc. No. 14-GC-14** | **civil** | **Davidson County, TN General Sessions** | **pending** |
| **Fleet One, LLC vs. Jimmy & Brad Suddarth, Superior Service Express, Inc. No. 2013-CV-5156** | **civil** | **Sumner County Tennessee General Sessions** | **pending** |
| **Fleet One, LLC vs. TWS Xpress, Inc., Bradley Allen Suddarth, Lindsay Suddarth No. 13-GC-21701** | **civil** | **Davidson County, TN General Sessions** | **pending** |

None ■　b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■　List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■　a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■　b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **LEFKOVITZ & LEFKOVITZ**<br>**618 CHURCH ST., #410**<br>**NASHVILLE, TN 37219**<br><br>**credit counseling** | | **$5,000.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1050 Emerald Way, Castalian Springs, TN** | **Bradley Allen Suddarth** **Lindsey Ann Suddarth** | **9/2012-4/2013** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                              DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

None
■
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
                                                             OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

### 25. Pension Funds.

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**February 27, 2014**__          Signature   **/s/ Bradley Allen Suddarth**

**Bradley Allen Suddarth**
Debtor

Date __**February 27, 2014**__          Signature   **/s/ Lindsey Ann Suddarth**

**Lindsey Ann Suddarth**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re   **Bradley Allen Suddarth**
        **Lindsey Ann Suddarth**
                                          Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **February 27, 2014**               **/s/ Bradley Allen Suddarth**
                                             **Bradley Allen Suddarth**
                                           Signature of Debtor

Date:  **February 27, 2014**               **/s/ Lindsey Ann Suddarth**
                                             **Lindsey Ann Suddarth**
                                           Signature of Debtor

BRADLEY ALLEN SUDDARTH
100 STUART DR.
HENDERSONVILLE TN 37075

AED, INC.
PO BOX 127
STANTONVILLE TN 38379

Suddarth, Bradley and Lindsey -
AYR MOTOR EXPRESS
46 POPLAR ST.
WOODSTOCK, NB E7M 4G2

.

LINDSEY ANN SUDDARTH
100 STUART DR.
HENDERSONVILLE TN 37075

AFFORDABLE MOVING SOLUTIONS
PO BOX 2642
CARLSBAD CA 92018

B&B TRANSPORT, LLC
2664 E. BUCKTAIL LANE
OLNEY IL 62450

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
618 CHURCH ST., #410
NASHVILLE, TN 37219

ALFA 77 INC.
225 WIANNO LANE
SCHAUMBURG IL 60194

BANK OF AMERICA VISA
PO BOX 26012
GREENSBORO NC 27420

9 EXPO INC
10193 LIVE OAK AVE
FONTANA CA 92335

ALL ACCESS INTERNATIONAL
9860 FARRAGUT AVE.
DES PLAINES IL 60018

BB&T
PO BOX 580048
CHARLOTTE NC 28258

A.V. TRANSPORTATION INC.
PO BOX 246
CAMANCHE IA 52730

ALLPRO
1200 CHESTER INDUSTRIAL PKWY
AVON OH 44011

BEST BUY
PO BOX 790441
SAINT LOUIS MO 63179

A.ZEREGA'S SONS, INC.
PO BOX 241
FAIR LAWN NJ 07410

AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265

BG LOGISTICS, INC.
C/O CJM FINANCIAL, INC.
1014 SE LORENZ DR.
ANKENY IA 50021

AAB TRANSPORT, INC.
15774 S. LAGRANGE RD. #296
ORLAND PARK IL 60462

APOLLO EXPRESS
PO BOX 967
JACKSON MI 49204

BILL ME LATER
PO BOX 105658
ATLANTA GA 30348

ACE TRANSPORT-NC, LLC
PO BOX 477
HARMONY NC 28634

ARFSTEN TRANSFER, INC.
2244 197TH ST. EAST
CLEARWATER MN 55320

BLUEFILED TRANSPORT
2790 WYSOR RD
DRAPER VA 24324

ACN DIGITAL EXPRESS
1000 PROGRESS PLACE
CONCORD NC 28025

ARKO TRANS, LLC
C/O FIRST LINE FUNDING GROUP
PO BOX 328
MADISON SD 57042

BOHREN LOGISTICS, INC.
325 NORTH TAYLOR RD.
GARRETT IN 46738

ACUITY
C/O KOHNER, MANN & KAILAS, S.C.
4650 N. PORT WASHINGTON RD.
MILWAUKEE WI 53212

AUTOW NATIONA LEASE TRUCK RENTAL, INC.
PO BOX 100403
NASHVILLE TN 37224

BRONCO TRUCKING COMPANY
PO BOX 535203
ATLANTA GA 30353

BRYANT FREIGHT, LLC
PO BOX 69
GAINESVILLE MO 65655

CHASE
PO BOX 901076
FORT WORTH TX 76101

Suddarth, Bradley and Lindsey -
CS EXPRESS, LLC
C/O CENTURY FINANCE LLC
PO BOX 16960
JONESBORO AR 72403

BUSINESS TRUCKING SERVICE
15568 SLOVER AVE.
FONTANA CA 92337

CHIEF EXPRESS
236 NORTH BROAD ST.
SEAGROVE NC 27341

DAN SULLIVAN TRUCKING, INC.
PO BOX 878
MUNFORDVILLE KY 42765

C BAR P TRUCKING INC.
20707 W 21 ST. N
GODDARD KS 67052

CITICARD
PO BOX 6500
SIOUX FALLS SD 57117

DC TRANSPORT, INC.
3326 MERLE TRAVIS HWY
BEECHMONT KY 42323

C F TRANSPORTATION INC.
418 NORTH BROADWAY
PORTLAND TN 37148

CLASSIC EXPRESS, INC.
2150 WESTLAND DR. SW
CLEVELAND TN 37312

DEAN OIL COMPANY, INC.
104 11TH AVE. E
SPRINGFIELD TN 37172

CAROLINA SOUTHERN TRUCKING, INC.
PO BOX 1342
HAMLET NC 28345

COLONIAL FUNDING NETWORK
1501 BROADWAY
SUITE 360
NEW YORK NY 10036

DELAWARE RIVER AND BAY AU
PO BOX 52005
NEWARK NJ 07101

CARR FREIGHT AGENT, INC.
13120 OLD US HWY 52
WINSTON SALEM NC 27107

COOPER
1081 ARKANSAS ST.
MEMPHIS TN 38106

DESIGN TRANSPORTATION
PO BOX 560686
DALLAS TX 75356

CARROLL FULMER LOGISTICS CORPORATION
8340 AMERICAN WAY
GROVELAND FL 34736

CORLEY TRANSPORTATION, INC.
PO BOX 385
SAINT PAULS NC 28384

DIAMOND TRANSPORTATION, INC
102 BETSY PACK DR. SUITE E
JASPER TN 37347

CAT-MATT
W 1550 210TH AVE
PLUM CITY WI 54761

COTTLE TRANSPORT, INC
PO BOX 4659
HIGH POINT NC 27263

DIRECT LINES, INC.
16472 E. STATE HWY 33
TEUTOPOLIS IL 62467

CF TRANSPORTATION INC.
418 NORTH BROADWAY
PORTLAND TN 37148

CP TRUCKING INC
PO BOX 295
PARSONS TN 38363

ELECTRIC SERVICE CU
2340 JACKSON DOWNS BLVD.
NASHVILLE TN 37214

CHAMBERS TRANSPORTATION SERVICES INC
PO BOX 317
MIDLAND NC 28107

CRESTMARK BANK TPG LLC
GAYLE FRERICHS TRUCKING LLC
PO BOX 682348
FRANKLIN TN 37068

ELK VALLEY DISTRIBUTION, INC
3180 HIGHWAY 231 N
SHELBYVILLE TN 37160

EMPIRE RECYCLING LOGISTICS CORPORATION
PO BOX 539
UTICA NY 13503

EAST TENNESSEE
701 MARKET ST. 4TH FLOOR
CHATTANOOGA TN 37402

Suddarth, Bradley and Lindsey -
GECRB/CARE CREDIT
PO BOX 960061
ORLANDO FL 32896

EXXACT EXPRESS
PO BOX 95545
LAKELAND FL 33804

FLEET ONE, LLC
613 BAKERTOWN RD.
ANTIOCH TN 37013

GENERAL TIRE SERVICE, INC
355 RED RIVER ROAD
GALLATIN TN 37066

FAITH GLOBAL TRANSPORTATION, LLC
PO BOX 192
EAST PRAIRIE MO 63845

FMI INC.
800 FEDERAL BLVD.
CARTERET NJ 07008

GMT LOGISTIC, INC.
47757 WEST RD.
SUITE C-103E
WIXOM MI 48393

FAST BUSINESS FUNDING
2001 NW 107TH AVE.
MIAMI FL 33172

FRANKLIN AMERICAN MORTGAGE
PO BOX 986
NEWARK NJ 07184

GO DADDY.COM, LLC
C/O COMPLETE PAYMENT RECOVE
11601 ROOSEVELT BLVD.
SAINT PETERSBURG FL 33716

FIA CARD SERVICES, N.A.
C/O PROFESSIONAL RECOVERY SERVICES INC.
PO BOX 1880
VOORHEES NJ 08043

FREIGHT CAPITAL
PO BOX 2642
CARLSBAD CA 92018

GOBBELL TRANSPORTATION SAF
3100 BRAINTREE RD.
FRANKLIN TN 37069

FIFTH THIRD BANK
200 W BROADWAY
LOUISVILLE KY 40202

FREIGHT SOLUTIONS GROUP, INC.
PO BOX 79
SIDNEY IL 61877

GREATWIDE AMERICAN TRANS EL
2150 CABOT BLVD. WEST
LANGHORNE PA 19047

FIRST EXPRESS
1135 FREIGHTLINER DR.
NASHVILLE TN 37210

FREIGHT ZONE TRANSPORTATION LLC
3358 HWY 20 W.
DECATUR AL 35601

GREENLINE EXPRESS, INC.
510 CELESTIAL COURT
BOWLING GREEN KY 42101

FIRST LOGISTICS, LLC
PO BOX 907342
GAINESVILLE GA 30501

FREIGHTCHECK
5950 LIVE OAK PKWY
SUITE360
NORCROSS GA 30093

GREGORY REAL ESTATE, LLC
145 ZIEGLERS FORT ROAD
GALLATIN TN 37066

FIRST RESPONSE
1411 S. DICKERSON RD.
GOODLETTSVILLE TN 37072

FREIGHTMASTER, INC.
PO BOX 865
TAYLORSVILLE NC 28681

GS CARRIER
8368 DANDELION DR.
ELK GROVE CA 95624

FIRST STATE BANK
PO BOX 733
UNION CITY TN 38261

FREIGHTX INC.
245 BEINORIS DR.
WOOD DALE IL 60191

GSA INTERNATIONAL, LTD.
32500 VAN BORN RD.
SUITE 600
WAYNE MI 48184

HARRINGTON RIDGE COAL & STOVE LLC
301 FRONT ST
HANCOCK MI 49930

INGRAM BROTHERS LLC
PO BOX 488
MORGANTOWN KY 42261

Suddarth, Bradley and Lindsey -
JOAN SUDDARTH
114 WYNCREST CT.
HENDERSONVILLE TN 37075

HESTER TRUCKING, INC.
PO BOX 518
BLADENBORO NC 28320

INTEGRITY TRANSPORTATION, LLC
PO BOX 100
GREENWOOD MO 64034

JPS LOGISTICS, INC.
2065 N. 15TH AVE.
MELROSE PARK IL 60160

HETZELS OVERLAND TRANSPORT, INC.
PO BOX 6075
EFFINGHAM IL 62401

INTERNATIONAL CARRIER ENTERPRISES INC.
7526 INDUSTRIAL DR.
FOREST PARK IL 60130

JUDGE TRANSPORTATION INC.
C/O CENTURY FINANCE LLC
PO BOX 16960
JONESBORO AR 72403

HOME DEPOT
PO BOX 790328
SAINT LOUIS MO 63179

INTERSTATE BILLING SERVICE, INC.
PO BOX 2208
DECATUR AL 35609

K&S CARRIERS LLC
N 9521 CITY HWY O
GREENWOOD WI 54437

HORIZON BUSINESS FUNDING, LLC
27 WILLIAM ST.
3RD FL
NEW YORK NY 10005

J&S CARTAGE
PO BOX 12378
KNOXVILLE TN 37912

KINGDOM LIFE LOGISTICS, LLC
PO BOX 625
920 FIFTH ST.
PARK HILLS MO 63601

HUDSON LOGISTICS, INC.
PO BOX 628
PRINCETON KY 42445

J&S TRANSCO INC.
209 FOSSETT RD
GUNTERSVILLE AL 35976

KY EXPRESS LLC
408 RODEO LANE
BOWLING GREEN KY 42101

ILLINOIS TOLLWAY
PO BOX 5201
LISLE IL 60532

J.T. EXPRESS, INC.
PO BOX 439
MONROE OH 45050

L&D TRUCKING CO INC.
PO BOX 3066
CARBONDALE IL 62902

ILSA INCORPORATED
2423 SHORTLY BARNES RD
CROSSVILLE TN 38571

JACOBSON LOGISTICS COMPANY L.C.
3811 DIXON
DES MOINES IA 50313

LAWRENCE TRANSPORTATION SIN
PO BOX 7667
ROANOKE VA 24019

INDEPENDENT TRANSFER SERVICES INC.
PO BOX 100
NEWTON KS 67114

JAMES MASON ENTERPRISES, INC.
3810 BRIDGEPORT CIRCLE
WICHITA KS 67219

LEWIS TRANSPORTATION, INC.
13523 E 1750TH AVE
NEWTON IL 62448

INFINITY MILESTONES, LLC
1801 W. OLYMPIC BLVD.
FILE 1377
PASADENA CA 91199

JIMMY SUDDARTH
114 WYNCREST CT.
HENDERSONVILLE TN 37075

LINDSEY TRUCKING LLC
3802 CARLTON
AMARILLO TX 79109

LOAD N GO TRUCKING, LTD.
PO BOX 328
MADISON SD 57042

METRO COMPANIES INC/ METRO XPRES
3518 N. OHIO ST.
WICHITA KS 67219

MOREY ENTERPRISES, INC.
384 COUNTY ROUTE 3
BRUSHTON NY 12916

LOGI WAREHOUSING & TRANSPORTATION, LLC
1125 VAUGHN PKWY
PORTLAND TN 37148

MNJ TRANSPORTATION, INC.
6412 VALLEY RIDGE DR.
PLAINFIELD IL 60586

MORGAN LOGISTICS, LLC.
PO BOX 365
BOONEVILLE MS 38829

LOGISTICS TRANSPORT AND CARRIERS, INC.
7891 W. FLAGLER ST.
MIAMI FL 33142

MIDWEST EXPRESS, INC
279 LOST CIRCLE UNIT B
BOWLING GREEN KY 42101

MORRISTOWN DRIVERS
C/O COFACE
2400 VETERANS BLVD. STE 300
KENNER LA 70062

LONGBOW TRANSPORTATION & LOGISTICS, LLC
PO BOX 809107
CHICAGO IL 60680

MIDSOUTH TRANSPORT, INC.
2765 PROFIT DR.
PO BOX 16013
MEMPHIS TN 38186

MOUNTAIN RIVER TRUCKING CO.
207 DIRECT LANE
MOUNT AIRY NC 27030

LTI TRANSPORT, LLC
PO BOX 906
OLIVE BRANCH MS 38654

MIDWEST FREIGHT SYSTEMS
25585 SHERWOOD AVE
WARREN MI 48091

MS EXPRESS LLC
C/O NATIONAL BANKERS TRUST
PO BOX 1752
MEMPHIS TN 38101

M&M AMERICAN, INC.
7300 INDUSTRIAL ROW DR.
MASON OH 45040

MIDWEST TRANSPORTATION
962 N. GRAND AVE SUITE B
COVINA CA 91724

NEW CENTURY TRANSPORTATION
45 EAST PARK DR.
MOUNT HOLLY NJ 08060

M.A. CHRISMAN TRUCKING, INC.
PO BOX 16
ENGLEWOOD TN 37329

MILAN EXPRESS CO., INC.
PO BOX 699
MILAN TN 38358

NEXTWAVE ENTERPRISES, LLC
C/O SPRECHMAN & ASSOCIATES P
2775 SUNNY ISLES BLVD. SUITE 10
NORTH MIAMI BEACH FL 33160

MARVIN KELLER TRUCKING, INC.
1500 WEST POINTE WAY
SULLIVAN IL 61951

MILBURN HAWKINS TRUCKING, LLC
5518 LADD SPRINGS RD.
OLD FORT TN 37362

NITE-LINE EXPRESS
PO BOX 8293
CHATTANOOGA TN 37414

MARYLAND TRANSPORTATION AUTHORITY
PO BOX 17600
BALTIMORE MD 21297

MNSTAR TRANSPORT, INC.
837 APOLLO RD.
SAINT PAUL MN 55121

NLK, L.L.C.
1129 COLLEGE ST.
BOWLING GREEN KY 42101

MAUMEE EXPRESS INC
26319 OLD TRAIL RD.
ABINGDON VA 24210

MOHELA
PO BOX 105347
ATLANTA GA 30348

NTA, LTD.
PO BOX 831
HURON SD 57350

OKOHTEAM TRANSPORT INC.
3215 JENNIFER LANE
KINSTON NC 28504

R&C TRANSPORTATION L.L.C.
792 E. 610TH AVE.
PITTSBURG KS 66762

Suddarth, Bradley and Lindsey -
S&H TRUCKING, INC.
PO BOX 6099
CHATTANOOGA TN 37401

OSBORNE TRUCKING, CO.
325 OSBORNE DR.
FAIRFIELD OH 45014

R&E TRANSPORTATION SERVICES LLC
25165 MULBERRY DR.
SOUTHFIELD MI 48033

SAIN AND HEAVNER TRUCKING IN
PO BOX 27
VALE NC 28168

PACCAR FINANCIAL
2180 SATELLITE BLVD.
SUITE 200
DULUTH GA 30097

R&K TRUCKING OF MONTANA INC.
PO BOX 6021
HELENA MT 59601

SARGENT TRUCKING INC
64 MAIN ST.
PO BOX 600
MARS HILL ME 04758

PAINT ROCK TRANSPORT, INC.
167 PAINT ROCK TRAIL
PHILADELPHIA TN 37846

RAPID WAYS TRUCK LEASING, INC.
PO BOX 931284
MO 64193

SCHERER & SONS TRUCKING, I
PO BOX 178
SAINT JOSEPH MN 56374

PARIS TRANSPORTATION, INC.
2635 PARIS AVE
FEASTERVILLE TREVOSE PA 19053

RED GOLD
PO BOX 83
ELWOOD IN 46036

SCOTT FREIGHT AND LOGISTICS
PO BOX 1723
ROME GA 30162

PARMAN ENERGY CORPORATION
7101 COCKRILL BEND BLVD.
NASHVILLE TN 37209

REDFORD TRUCK LINE
PO BOX 275
BEAVER DAM WI 53916

SIMON'S TRUCKING, INC.
PO BOX 8
FARLEY IA 52046

PENSKE TRUCK LEASING
214 HERMITAGE AVE.
NASHVILLE TN 37210

RICKER TRUCKING
PO BOX 278
HOT SPRINGS NC 28743

SMITH SYSTEMS TRANSPORTATIN
PO BOX 2455
SCOTTSBLUFF NE 69363

PERFORMANCE TRUCKING, INC.
PO BOX 1955
SUWANEE GA 30024

RSD TRANSPORTATION
1247 BATES RD.
LEBANON TN 37087

SPEEDWAY, LLC
PO BOX 1590
SPRINGFIELD OH 45501

PERSONAL ATTENTION LEASING
C/O BOYLE BRASHER LLC
211 NORTH BROADWAY SUITE 2300
SAINT LOUIS MO 63102

RUCK'S TRUCKS LLC
PO BOX 40
13118 N. HWY 1247
EUBANK KY 42567

STOKES TRUCKING, INC.
14400 N. HWY 38
COLLINSTON UT 84306

PREFERRED FREEZER SERVICES OF BOSTON
1 COMMERCIAL ST. ROUTE 1 NORTH
SHARON MA 02067

S AND S TRANSPORTATION SERVICES INC
1101 DOWNS BLVD. #157
FRANKLIN TN 37064

SUMNER BANK & TRUST
780 BROWNS LANE
37066

SUMNER BANK & TRUST
780 BROWNS LANE
GALLATIN TN 37066

TNL FREIGHTWAYS, INC.
612 ENTERPRISE ST.
LAREDO TX 78045

Suddarth, Bradley and Lindsey -
TWS XPRESS, INC.
668 NASHVILLE PIKE
GALLATIN TN 37066

SUNTRUST MORTGAGE
PO BOX 79041
BALTIMORE MD 21279

TOTAL QUALITY LOGISTIC SERVICES
11325 NATIONS FORD RD.
SUITE E
PINEVILLE NC 28134

TWS XPRESS, INC.

SUPERFLEET
ATTN: CREDIT SERVICES
PO BOX 1590
SPRINGFIELD OH 45501

TOTAL TRANSPORTATION SOLUTIONS
4811 CHIPPENDALE DR.
SUITE 803
SACRAMENTO CA 95841

TWS XPRESS, INC.
1330 GATEWAY DR.
GALLATIN TN 37066

SUPERIOR SERVICE EXPRESS, INC.
668 NASHVILLE PIKE
GALLATIN TN 37066

TRANS-LEASE, INC.
148 MILLWELL DR.
MARYLAND HEIGHTS MO 63043

UNILIN USA
149 HOMANIT USA RD.
MOUNT GILEAD NC 27306

SUPERIOR SERVICES EXPRESS
1330 GATEWAY DR.
GALLATIN TN 37066

TRANSCORE/TRUCKERS EDGE
11000 SW STRATUS
SUITE 200
BEAVERTON OR 97008

UTS BROKERAGE, LLC
PO BOX 513
ASHLAND CITY TN 37015

SURPLUS USA TRUCKLINES, INC.
27227 IVY ROAD
CARL JUNCTION MO 64834

TRANSCORR LLC
PO BOX 1627
INDIANAPOLIS IN 46206

VEGA TRANSPORT
C/O STUART ALLAN & ASSOC., IN
5447 EAST FIFTH ST. SUITE 110
TUCSON AZ 85711

T&C TRANSPORT
PO BOX 791
MATTOON IL 61938

TRANSFORCE, INC.
5520 CHEROKEE AVE.
SUITE 200
ALEXANDRIA VA 22312

VERIZON WIRELESS
1 VERIZON PLACE
ALPHARETTA GA 30004

T&D CARRIERS
205 GUERNSEY LANE
SPARTANBURG SC 29306

TRANSWEST CAPITAL
PO BOX 2738
VISALIA CA 93279

VIENG TRUCKING
1513 CHOKE CHERRY LANE
SOUTH SIOUX CITY NE 68776

TCI LOGISTICS, INC.
1386 SOUTH PARK DRIVE
KERNERSVILLE NC 27284

TRUCKS MART TRANSPORT, LLC
602 ELKIN HWY.
NORTH WILKESBORO NC 28659

VOLVO CAR FINANCE
PO BOX 542000
OMAHA NE 68154

TCSI-TRANSLAND, INC.
PO BOX 901
SPRINGFIELD MO 65801

TULLIS ENTERPRISES, INC.
PO BOX 79
MADISON TN 37115

VOLVO FINANCIAL SERVICES
PO BOX 7247-0236
PHILADELPHIA PA 19170

Suddarth, Bradley and Lindsey -
WALLY KEMP
826 3RD AVE. SOUTH
NASHVILLE TN 37210


WATERLEFE TRANSPORTATION COMPANY, LLC
DEPT. 1886
PO BOX 2153
BIRMINGHAM AL 35287


WEBB FARMS SERVICES
2868 N. WESSEX LANE
BELLE RIVE IL 62810


WEBSTER EXPRESS
4572 LOEB RD.
CHARLEVOIX MI 49720


WEX FLEETONE
613 BAKERTOWN ROAD
ANTIOCH TN 37013


XTL
3200 SOUTH 70TH ST.
PHILADELPHIA PA 19153


XTRA LEASE
PO BOX 99262
CHICAGO IL 60693


ZS TRANSPORTATION
C/O FIRSTLINE FUNDING GROUP
PO BOX 328
MADISON SD 57042


ZST LOGISTICS, INC.
PO BOX 4060
COOKEVILLE TN 38502